IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Eric Tyler Vette _____, Plaintiff

v.

K9 Unit Deputy Sanders _____,

Seargent Guston _____,

K-9 Deputy Ox _____,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 06 2018**

JEFFREY P. COLWELL
CLERK

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

### PRISONER COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Eric Tyler Vehe      DRDC   P.O Box 392004 Denver Co. 80239
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____   Pretrial detainee
____   Civilly committed detainee
____   Immigration detainee
_X_   Convicted and sentenced state prisoner
____   Convicted and sentenced federal prisoner
____   Other: (*Please explain*) _____

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   K-9 Unit Deputy Sanders - Montrose
(Name, job title, and complete mailing address)

County Sheriff Office Montrose Co. 81401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? (X) Yes ___ No (*check one*). Briefly explain:

Violated Constitutional Rights # 8 and 14th Amendments Over Excessive Force.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: **Seargent Guston - Montrose County**
(Name, job title, and complete mailing address)
**Sheriff Office Montrose Co. 81401**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? (X) Yes ___ No (*check one*). Briefly explain:

**Violated Constitutional Rights # 8 and 14th Amendment's Over Excessive Force**

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: **K-9 Ox Dog - Montrose County Sheriff**
(Name, job title, and complete mailing address)
**Office Montrose Co. 81401**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? (X) Yes ___ No (*check one*). Briefly explain:

**Violated Constitutional Rights # 8 and 14th Amendment's Over Excessive Force**

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

_X_   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_   Other: (*please identify*) **Constitutional Rights Violations**

3

D.  **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: K-9 Unit Deputy Sanders

Supporting facts: On December 31 2017, Deputy Sanders Violated My Constitutional Rights Amendments 8 and 14 by, Police Brutality and useing over excessive force when date of arrest due to Sanders punching, hitting with dog chain in face and letting dog attack me after I was already Aprehinded by two sheriffs. There's no reason why I was getting assaulted by deputy sanders an ox while after being aprehended. This insodent hurt me and physically, emotionally, mentalally

(See)
(attachments)

4

"D. STATEMENT OF CLAIMS"

(D. Statement of Claims)

Claim Two: Seargent Guston

Supporting Facts: On December 31, 2017, Seargent Guston violated Amendmet 8 and 14 constitutional rights by directly approving of Deputy Sanders's violations of the same rights 8 and 14, by letting deputy sanders's an K-9 Ox assault me. The insodent hurt me physically, emotionalally and mentalally.

Claim Two: K-9 Deputy Ox

Supporting Facts: On December 31, 2017, K-9 Deputy Ox violated Amendment 8 and 14 constitutional rights by assaulting me after two deputys had me aprehended and deputy Ox bite my right shoulder to where I have scares to prove. The insodent hurt me physically, mentalally and emotionalally.

(attachments to page)
(4) ("D. STATEMENT OF CLAIMS")

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): N/A

Docket number and court: N/A

Claims raised: N/A

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) N/A

Reasons for dismissal, if dismissed: N/A

Result on appeal, if appealed: N/A

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _X_ No (*check one*)

Did you exhaust administrative remedies?  N/A

_X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*



See ATTACHED ("G REQUEST FOR RELIEF")

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

7-27-18
(Date)

(Form Revised December 2017)

G. Request of Relief:

I'm requesting 2.5 million dollars from each of the officers that assaulted me an 2.0 million dollars from the Seargent for directly approving Deputy Sanders and K-9 Deputy Ox to violate my constitutional rights, amendment 8 and 14 and for all my family's and my own physical, emotional and mental destresses.

Request of Relief:

My second request of relief would also be that the indavisuals be investogated so insodents like this dont happen again, also, that all fileing fees and any cost associated with the fileing of this suit. Also, would be asking that all court fines, child support be paid and 1.5 million go to the State Treasury and 1.5 million go to Cherity in Montrose for the Churches, Schools, Day Cares. Then 0.5 million would be going to People and Groups That Help Countries that need help.

So I'm asking that 3.5 million be separated between court fines, child support due to my family's an my destresses, State Treasury for a fund to help prevent these types of occurences, Cherity in Montrose to help prevent further Police Brutality and to help Groups prevent Police Burtality in other Countries.

Thank you for your Time and Consideration.

Eric Tyler Vetle

(Attachment for page (6) (G. REQUEST OF RELIEF"))

Vette Eric 180289
Crowley County Correctional Facility
CCCF Facility
P.O. Box 100
Olney Springs, CO 81062-8700
**LEGAL USE ONLY**

10th Circuit United States Courthouse
901 19th Street
Denver Co. 80294

LEGAL MAIL

CCCF FACILITY    08-02-18 DATE REC'D
SPONSLER STAFF LAST NAME
180289 DOC#   Vette OFFENDER LAST NAME   ETV INT