IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ERIC TYLER VETTE,

    Plaintiff,

v.

SANDERS, Deputy, K-9 Unit,
GUSTON, Seargent [sic], and
OX, K-9 Deputy,

    Defendants.

---

ORDER TO CURE DEFICIENCIES

---

Plaintiff Eric Tyler Vette is in the custody of the Denver Reception & Diagnostic Center. On August 6, 2018, he filed *pro se* a Prisoner Complaint (ECF No. 1). Plaintiff has not addressed the filing fee. Thus, as part of the Court's review under D.C.COLO.LCivR 8.1(b), the Court directs Plaintiff to cure the following deficiencies if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the plaintiff

1

(8) __   is not on proper form
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other: <u>motion and supporting documents are necessary only if $400.00 filing fee for conditions of confinement lawsuit is not paid in advance</u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above and address the filing fee **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order. It is

FURTHER ORDERED that, in order to address the filing fee, Plaintiff shall obtain and utilize the current Court-approved form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to address the filing fee in compliance with this Order **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 7, 2018, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge