

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
NEED DOC #

RTS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2018

JEFFREY P. COLWELL
CLERK

18-cv-01987-CPG-#3
Eric Tyler Vette

FREE LEGAL MAIL
FREE ONLY IN THE
PRESENCE OF THE

INMATE

DENVER CO 803
15 AUG 2018

neopost
08/08/2018
**US POSTAGE** $00.47⁰

ZIP 80294
041L11245087