IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ERIC TYLER VETTE,

     Plaintiff,

v.

SANDERS, Deputy, K-9 Unit,
GUSTON, Seargent [sic], and
OX, K-9 Deputy,

     Defendants.

MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

     On August 13 and 15, 2018, mail was returned to the Court as undeliverable to Plaintiff Eric Tyler Vette (ECF Nos. 4-5).  Review of the returned envelopes indicates that the mail was not sent to Plaintiff's current address bearing his correct prisoner identification number.  Accordingly, the Court directs the Clerk of Court to correct Plaintiff's address on the docket and mail this Minute Order and the Order Directing Plaintiff to Cure Deficiencies (ECF No. 3) to Plaintiff at the address identified at ECF No. 1, page 9 and as follows:

     Eric Vette – DOC #180289
     Crowley County Correctional Facility
     P.O. Box 100
     Olney Springs, CO 81062

     The Court will provide Plaintiff with additional time to comply with the Order (ECF No. 3).  Plaintiff must cure the designated deficiencies **within thirty (30) days from the date of this Minute Order**.  If he fails to do so, this action will be dismissed without further notice.

     Dated:  September 4, 2018