IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-GPG

ERIC TYLER VETTE,

Plaintiff,

v.

SANDER, Deputy K-9 Unit,
GUSTON, Seargent [sic], and
OX K-9 Deputy,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 09 2018
JEFFREY P. COLWELL
CLERK

---

## MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO CURE DEFICIENCIES

Plaintiff Eric Tyler Vette has been in the custody of the Executive Director of the Colorado Department of Corrections since April of 2018. Plaintiff was housed within the Denver Reception & Diagnostic Center (DRDC) when he, with the assistance of Inmate Law Clerk, prepared his Prisoner Complaint.

Plaintiff will need the assistance of an inmate Law Clerk and/or someone trained in the law in order to understand and research the Rules, Statutues, Caselaw, moreover, prepare and file any and all litigation in this matter.

Plaintiff was transferred from DRDC to the Crowley County Correctional Facility (CCCF) in May of 2018.

On August 6, 2018, he filed pro se a Prisoner Complaint (ECF No. 1). On August 13 and 15, 2018, mail was returned to the Court as undeliverable to Plaintiff Eric Tyler Vette (ECF Nos. 4-5) but, Plaintiff failed to change the address on his Prisoner Complaint hence the Return as Undeliverable matter.

Plaintiff did not know that he should have directed an CHANGE OF ADDRESS to the Honorable Court when he transferred from DRDC to CCCF.

Plaintiff was assigned to work in the Kitchen at CCCF and was told that he could not go to the Law Library to work on his Legal matter he had to either work or get a write-up for refusing to work and he was unable to get to the Law Library.

Now the Plaintiff has the assistance of an Inmate Law Clerk and will need this extension of time to respond to the "ORDER TO CURE DEFICIENCIES" in this case.

Plaintiff respectfully request an extension of time in the amount of thirty (30) days to a date certain of November 3, 2018 to properly respond to the Order to Cure Deficiencies.

Dated this 4th day of October, 2018.

Respectfully submitted,

Eric Tyler Vette, # 180289

# CERTIFICATE OF SERVICE

I Eric Tyler Vette hereby certify that on this 4th day of October, 2018, by way of U.S. Mail, through the Crowley County Correctional facility (CCCF), mailed the Original of this "MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO CURE DEFICIENCIES" to the following:

**Jeffrey P. Colwell**, Clerk
United States District Court
Alfred A. Arraj US Courthouse
901 19th Street, Rm
Denver, Colorado 80294-3589
303.844.3433

Eric Tyler Vette, # 180289

Vette Eric 180289
Crowley County Correctional Facility
CCCF Facility
P.O. Box 100
Olney Springs, CO 81062-8700
**LEGAL USE ONLY**

LEGAL MAIL

__10-04-18__
CCCF / DATE RECD
FACILITY

_____ / _Vette_ / INT
SPONSLER / STAFF LAST NAME

_180289_ / _Vette_ / _EV_
DOC# / OFFENDER LAST NAME / INT

80294-250099

OFFICE OF THE CLERK
USDC
901 19th St. Room A-105
Denver Colorado, 80294-3589

DENVER CO 800
05 OCT 2018 PM 9 L