IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01987-GPG

ERIC TYLER VETTE,

    Plaintiff,

v.

SANDERS, Deputy, K-9 Unit,
GUSTON, Seargent [sic], and
OX, K-9 Deputy,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2018

JEFFREY P. COLWELL
CLERK

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefore pursuant to 28 U.S.C. § 1915. In support of my request I declare that:

1. I am unable to pay such fees or give security therefore.

2. I am entitled to redress.

3. The nature of this action is:

                              Civil

4. My assets and their value are listed below: (attach an additional page if necessary)

5.  Are you in imminent danger of serious physical injury?

    \_\_\_\_\_ Yes  _X_ No (CHECK ONE). If you answered "Yes" briefly explain your answer: _____

    _____

6.  I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7.  I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on October 30, 2018.



Signed _____

Eric Tyler Vette, # 180289

# AUTHORIZATION

I, <u>Eric Tyler Vette</u>                                                                                       ,
Request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915 (b). This authorization is furnished in connection with this civil action and I understand that the total filing fee is due and will be paid from my inmate trust fund account of institutional equivalent regardless of the outcome of this case.

Prisoner's Name: Eric Tyler Vette

Prisoner's DOC#: 180289

Name of Institution: Crowley County Correctional Facility (CCCF)

Address of Institution: P.O. Box – 100 , Olney Springs, Colorado 81062, 719.267.3548

_____

_____

_____

Date: October 30, 2018.

```
= INMATE BANKING ======= INMATE BANKING HISTORY =========== 10/30/2018 = Page  1

Account: 180289 VETTE, ERIC T.                           CROWLEY    CRLY/UNIT5
     To:From Dates  05/30/2018: 10/30/2018
===============================================================================
Trans Date    Description              Deposits   Withdrawls     Balance    Loc
----------    -----------              --------   ----------     -------    ---
05/30/2018 BALANCE AS OF 05/30/2018                                 0.00
06/06/2018 1 BA UNASSIGNED                 4.16                     4.16  CL
06/06/2018 1 INTAKE UNASSIGNED             2.24                     6.40  CL
06/13/2018 Canteen Ord#13599892                       6.38          0.02  CL
07/06/2018 1 BA UNASSIGNED                 6.72                     6.74  CL
07/11/2018 Canteen Ord#13657145                       4.64          2.10  CL
07/18/2018 Canteen Ord#13671760                       2.00          0.10  CL
08/07/2018 1 BA UNASSIGNED                 0.33                     0.43  CL
08/07/2018 5 DISHWASHER                    4.70                     5.13  CL
08/07/2018 3 CUSTODIAN                    15.04                    20.17  CL
08/20/2018 Canteen Ord#13729760                      17.07          3.10  CL
08/31/2018 CHILD SUPPORT-14492110                     1.50          1.60  CL
08/31/2018 RESTITUTION-08M814                         1.50          0.10  CL
09/07/2018 3 CUSTODIAN                    12.22                    12.32  CL
09/07/2018 2 COOK                          2.82                    15.14  CL
09/20/2018 Canteen Ord#13803128                      12.05          3.09  CL
09/28/2018 CHILD SUPPORT-14492110                     1.50          1.59  CL
09/28/2018 RESTITUTION-08M814                         1.50          0.09  CL
10/09/2018 1 BA UNASSIGNED                 2.31                     2.40  CL
10/09/2018 2 COOK                         11.28                    13.68  CL
10/17/2018 Canteen Ord#13862587                       9.93          3.75  CL
10/23/2018 MEDICAL EMERGENCY                          5.00         -1.25  CL
10/29/2018 XEROX-DEBIT                                0.50         -1.75  CL
10/29/2018 XEROX-DEBIT                                0.25         -2.00  CL
10/29/2018 XEROX-DEBIT                                0.25         -2.25  CL
10/29/2018 XEROX-DEBIT                                1.50         -3.75  CL
10/30/2018 BALANCE AS OF 10/30/2018                                -3.75
===============================================================================
                        Total money order in hold:                  0.00
                   Current balance as of 10/30/2018:               -3.75
                       **Reserved/Encumbered Monies:                2.26
                    Available money as of 10/30/2018:               0.00
```

I certify to the best of my knowledge that this statement is an accurate account detail report or institutional equivalent for the offender named below.

Offender: _VETTE, ERIC T._

DOC # _180289_

_[signature]_   _10-30-18_

J. Sponsler - Library Aide - Date

