```
                                                    FILED
                                            UNITED STATES DISTRICT COURT
                                                 DENVER, COLORADO

                                                    DEC -7 2018
        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO       JEFFREY P. COLWELL
                                                              CLERK
```

Civil Action No. __1:18-cv-01987-GPG__
(To be supplied by the court)

__Eric Tyler Vette__, Plaintiff,

v.

__Sanders, Deputy, K-9 Unit,__
__Guston, Seargent [sic], and__
__Ox, K-9 Deputy__, Defendant(s).

### PRISONER'S MOTION AND AFFIDAVIT
### FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   __Civil__

(Rev. 10/01/12)

4.  My assets and their value are listed below: (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

    _____

    _____

5.  Are you in imminent danger of serious physical injury?

    __ Yes  X No  (CHECK ONE). If you answered yes, briefly explain your answer:

    _____

    _____

6.  I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7.  I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   *December 1, 2018*
                    (Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)                               2

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 12/01/2018 = Page  1

Account: 180289 VETTE, ERIC T                     CROWLEY   CRLY/UNIT5
        To:From Dates  06/01/2018: 12/01/2018
================================================================================
 Trans Date      Description         Deposits  Withdrawls    Balance     Loc
 ----------   -------------------   ---------- ----------  ------------  ---
 06/01/2018  BALANCE AS OF 06/01/2018                                0.00
 06/06/2018  1 BA UNASSIGNED           4.16                          4.16 CL
 06/06/2018  1 INTAKE UNASSIGNED       2.24                          6.40 CL
 06/13/2018  Canteen Ord#13599892                  6.38              0.02 CL
 07/06/2018  1 BA UNASSIGNED           6.72                          6.74 CL
 07/11/2018  Canteen Ord#13657145                  4.64              2.10 CL
 07/18/2018  Canteen Ord#13671760                  2.00              0.10 CL
 08/07/2018  1 BA UNASSIGNED           0.33                          0.43 CL
 08/07/2018  5 DISHWASHER              4.70                          5.13 CL
 08/07/2018  3 CUSTODIAN              15.04                         20.17 CL
 08/20/2018  Canteen Ord#13729760                 17.07              3.10 CL
 08/31/2018  CHILD SUPPORT-14492110                1.50              1.60 CL
 08/31/2018  RESTITUTION-08M814                    1.50              0.10 CL
 09/07/2018  3 CUSTODIAN              12.22                         12.32 CL
 09/07/2018  2 COOK                    2.82                         15.14 CL
 09/20/2018  Canteen Ord#13803128                 12.05              3.09 CL
 09/28/2018  CHILD SUPPORT-14492110                1.50              1.59 CL
 09/28/2018  RESTITUTION-08M814                    1.50              0.09 CL
 10/09/2018  1 BA UNASSIGNED           2.31                          2.40 CL
 10/09/2018  2 COOK                   11.28                         13.68 CL
 10/17/2018  Canteen Ord#13862587                  9.93              3.75 CL
 10/23/2018  MEDICAL EMERGENCY                     5.00             -1.25 CL
 10/29/2018  XEROX-DEBIT                           0.50             -1.75 CL
 10/29/2018  XEROX-DEBIT                           0.25             -2.00 CL
 10/29/2018  XEROX-DEBIT                           0.25             -2.25 CL
 10/29/2018  XEROX-DEBIT                           1.50             -3.75 CL
 10/31/2018  CHILD SUPPORT-14492110                1.13             -4.88 CL
 10/31/2018  RESTITUTION-08M814                    1.13             -6.01 CL
 11/09/2018  XEROX-DEBIT                           0.50             -6.51 CL
 11/13/2018  1 STUDENT                10.32                          3.81 CL
 11/13/2018  1 BA UNASSIGNED           0.33                          4.14 CL
 11/29/2018  Canteen Ord#13944417                  2.00              2.14 CL
 11/30/2018  CHILD SUPPORT-14492110                1.06              1.08 CL
 11/30/2018  RESTITUTION-08M814                    1.06              0.02 CL
 12/01/2018  BALANCE AS OF 12/01/2018                                0.02
================================================================================
                       · Total money order in hold:         0.00
                  Current balance as of 12/01/2018:         0.02
                       **Reserved/Encumbered Monies:        0.00
                  Available money as of 12/01/2018:         0.02
```

I certify to the best of my knowledge that this statement is an accurate account detail report or institutional equivalent for the offender named below.

Offender: _VETTE, ERIC T_

DOC # _180289_

_[signature]_  _12·01·18_

J. Sponsler - Library Aide - Date

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: **Eric Tyler Vette**

Signature of Authorized Prison Official: _[signature]_

Date: **12·01·18**

## AUTHORIZATION

I, _Eric Tyler Vette_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Eric Tyler Vette_

Prisoner Signature: _[signature]_

Vette Eric 180289

Crowley County Correctional Facility
CCCF Facility
P.O. Box 100
Olney Springs, CO 81062-8700
**LEGAL USE ONLY**

LEGAL MAIL

OFFICE OF THE CLERK
United States District Court
Alfred A. Arraj Courthouse
901-19th St. Room A105
Denver, Colorado 80294-3589

80294-250151

CCCF _____ 12-01-18 _____
FACILITY           DATE REC'D

SPONSLER _____ ErV _____
STAFF LAST NAME              INT

180289 _____ Vette _____
DOC#              OFFENDER LAST NAME

DENVER CO 802
03 DEC 2018 PM 5 L

PURPLE HEART
FOREVER USA