IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-GPG

ERIC TYLER VETTE,

    Plaintiff,

v.

SANDERS, Deputy, K-9 Unit,
GUSTON, Seargent [sic], and
OX, K-9 Deputy,

    Defendants.

## ORDER DRAWING CASE

    Plaintiff Eric Tyler Vette is in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility in Olney Springs, Colorado. On August 6, 2018, he filed *pro se* a Prisoner Complaint (ECF No. 1). After entry of various Orders, on December 7, 2018, Plaintiff filed a completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 11). The Court granted him leave to proceed under § 1915 (ECF No. 12).

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, when applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c).

    Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, when

applicable, to a magistrate judge.

DATED December 13, 2018, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge