```
                                              FILED
                                      UNITED STATES DISTRICT COURT
                                           DENVER COLORADO

       IN THE UNITED STATES DISTRICT COURT      JAN 16 2019
           FOR THE DISTRICT OF COLORADO
                                              JEFFREY P. COLWELL
                                                     CLERK
```

Civil Action No. 1:18-cv-01987-KMT

ERIC TYLER VETTE,

    Plaintiff,

v.

SANDERS, Deputy, K-9 Unit,
GUSTON, Seargent [sic], and
OX, K-9 Deputy.

    Defendants.

---

*Defendants' Addresses as ORDERED by the Court Doc. 16*

---

Plaintiff Eric Tyler Vette is sending the defendants addresses as ordered. The defendants address to where they can be served would be at the Montrose Sheriff Office address is 1200 North Grand Avenue in Montrose Colorado zip code 81401.

January 12, 2019
Executed on (Date)

Plaintiff Eric Tyler Vette

CERTIFICATE OF SERVICE

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to, the OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ COURTHOUSE, 901-19th St., ROOM A105, DENVER, CO 80294-3589 on:

January 12, 2019
Executed on (Date)

Eric Tyler Vette, Plaintiff,
Under Penalty of Perjury
28 U.S.C. 1746

Eric Tyler Vette
#180289
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062-8700