Vette, Eric 180289

**Crowley County Correctional Facility**
CCCF Facility
P.O. Box 100
Olney Springs, CO 81062-8700
**LEGAL USE ONLY**

LEGAL MAIL

United States District Court
Alfred A. Arraj Courthouse
901 - 19th Street Room A105
Denver Colorado, 80294 - 3589
80294-250151

CCCF _____  01-12-19
FACILITY          DATE REC'D

SPONSLER _____  _____
STAFF LAST NAME              INT

180289  Vette  ETV
DOC#    OFFENDER LAST NAME  INT