IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-01987-KMT

ERIC TYLER VETTE,

Plaintiff,

v.

SANDERS, Deputy, K-9 Unit,
GUSTON, Seargent [sic], and
OX, K-9 Deputy,

Defendants.

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this certificate to the named individual below, and the following forms to the United States Marshal Service for Service of Process on K-9 Unit Deputy Sanders, Seargent Guston, and K-9 Deputy Ox: PRISONER COMPLAINT FILED 8/06/2018, SUMMONS, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on 17 January 2019.

Eric Tyler Vette
#180289
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

US Marshal Service
Service Clerk
Service forms for: Sanders, Guston, and Ox

   s/ C. Madrid
    *Deputy Clerk*