FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 FEB -7 PM 1: 27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

RECEIVED
2019 JAN 11 P 2:52
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC TYLER VETTE, | 18-cv-1987-KMT |
| DEFENDANT | TYPE OF PROCESS |
| SANDERS et al, | S/C |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Seargent Guston |
| | ADDRESS (Street or RFD, Apartment No., City State and Zip Code) |
| | 1200 North Grand Avenue, Montrose, CO 81401 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Eric Tyler Vette #180289 Crowley County Correctional Facility (CCCF) 6564 State Highway 96 Olney Springs, CO 81062-8700 | Number of process to be served with this Form - 285 | 2 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/C. Madrid Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 17 Jan 2019 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk AMaraida | Date 1/18/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, _X_ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ✓ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Sheriff Gene Lillard Montrose county | |
| Address (complete only if different than shown above) | Date of Service 2/4/19 | Time 0930 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65⁰⁰ | 102 mi × .58 = 59.16 | 0 | 124.16 | 0 | 0 | |

REMARKS: served on sheriff Gene Lillard

CCC - 1/20/2019 @ 11:45

✓ closed

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)

JDI 5

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-1987-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Seargent Guston
was received by me on *(date)* 1/30/2019 @ 11:45.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sheriff Gene Lillard Montrose sheriff's office, who is
designated by law to accept service of process on behalf of *(name of organization)* Montrose County sheriff
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/6/2019

Mike R_____
Server's signature

Nick Bum OWM
Printed name and title

400 Rood Ave
Grand Junction CO 81507
Server's address

Additional information regarding attempted service, etc:
Served on sheriff.