```
         FILED
   U.S. DISTRICT COURT
   DISTRICT OF COLORADO

   2019 FEB 12  PM 1:31

   JEFFREY P. COLWELL
          CLERK

   BY_____DEP. CLK
```

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED
2019 JAN 17 P 2:51
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC TYLER VETTE | 18-cv-1987-KMT |
| DEFENDANT | TYPE OF PROCESS |
| SANDERS et al, | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
K-9 Deputy Ox

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
1200 North Grand Avenue, Montrose, CO 81401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eric Tyler Vette
#180289
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/C. Madrid Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 17 Jan 2019 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk A Marcaida | Date 1/18/19 |

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, X have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Served dog handler Deputy Sanders

Address (complete only if different than shown above)
Mesa canty / Delta canty Line

___ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2/7/19   Time: 1235 pm

Signature of U.S. Marshal or Deputy

| Service Fee 65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund 0 |

REMARKS: Served on Dog handler at Mesa/Delta canty Line.

Closed JPT

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

```
                                                              FILED
                                                       U.S. DISTRICT COURT
                                                       DISTRICT OF COLORADO

                                                       2019 FEB 12 PM 1:31
```

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-1987-KMT

JEFFREY P. COLWELL
CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))* BY_____ DEP. CLK

This summons for *(name of individual and title if any)* **K9 Deputy OX**
was received by me on *(date)* **1/34/2019 @ 1715**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **K-9 handler Deputy Sanders**, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **2/7/2019**

_____
Server's signature

**Nick Bum   OUSM**
Printed name and title

**400 Rood Ave**
**Grand Junction CO 81501**
Server's address

Additional information regarding attempted service, etc:

**Served on K-9 handler Deputy Sanders at Mesquite County Line**

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

RECEIVED
2019 JAN 17 P 2:52
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

| | |
|---|---|
| Eric Tyler Vette | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-cv-1987-KMT |
| SANDERS, Deputy, K-9 Unit, | ) |
| GUSTON, Seargent [sic], and | ) |
| OX, K-9 Deputy, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
K-9 Deputy Ox
1200 North Grand Avenue
Montrose, CO 81401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)  you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Tyler Vette
#180289
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/17/2019

s/ C. Madrid
*Signature of Clerk or Deputy Clerk*