FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 FEB 12 PM 1:29

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

RECEIVED
2019 JAN 17 P 2:51
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC TYLER VETTE, | 18-cv-1987-KMT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SANDERS et al, | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SANDERS, Deputy, K-9 Unit,

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
1200 North Grand Avenue, Montrose, CO 81401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Eric Tyler Vette<br>#180289<br>Crowley County Correctional Facility (CCCF)<br>6564 State Highway 96<br>Olney Springs, CO 81062-8700 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/C. Madrid *Deputy Clerk* | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 17 Jan 2019 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk A Marcaida | Date 1/18/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ⊠ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ___ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) Mesa/Delta county Line | Date of Service 2/7/19 | Time 0835 pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee Ø | Total Mileage Charges (including endeavors) | Forwarding Fee Ø | Total Charges Ø | Advance Deposits | Amount owed to U.S. Marshal or Ø | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: served at delta/mesa county line

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

```
                        FILED
                  U.S. DISTRICT COURT
                  DISTRICT OF COLORADO
                   2019 FEB 12 PM 1:30
                  JEFFREY P. COLWELL
                         CLERK
               BY_____ DEP. CLK
```

Civil Action No. 18-cv-1987-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Deputy Sanders**
was received by me on *(date)* **1/30/2019 @ 1145**

☒ I personally served the summons on the individual at *(place)* **Mesa/Delta county line Hwy 50**
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **2/7/19**

*Server's signature*

**Mick Bum OUSM**
*Printed name and title*

**400 Rood Ave**
**Grand Junction CO 81501**
*Server's address*

Additional information regarding attempted service, etc:

**Served at Mesa/Delta county Line Hwy 50**

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Eric Tyler Vette<br><br>*Plaintiff(s)*<br>v.<br>SANDERS, Deputy, K-9 Unit,<br>GUSTON, Seargent [sic], and<br>OX, K-9 Deputy,<br><br>*Defendant(s)* | Civil Action No. 18-cv-1987-KMT |

**RECEIVED**
2019 JAN 17 P 2: 51
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Deputy Sanders
1200 North Grand Avenue
Montrose, CO 81401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric Tyler Vette
#180289
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 01/17/2019

s/ C. Madrid
*Signature of Clerk or Deputy Clerk*