## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01987-KMT

ERIC TYLER VETTE

    Plaintiff,

v.

K-9 Unit DEPUTY SANDERS,
SERGEANT GUSTON,
K-9 DEPUTY OX

    Defendants.

## ENTRY OF APPEARANCE

Andrew R. McLetchie, of Fowler, Schimberg, Flanagan & McLetchie, PC, hereby enters his appearance as counsel for Defendants, Sergeant Keith Sanders (incorrectly captioned as "K-9 UNIT DEPUTY SANDERS") and Sergeant Steve Gustin (incorrectly captioned as "SERGEANT GUSTON") ("Defendants").[1]

**DATED** this 20th day of February, 2019.

    Respectfully Submitted,

    */s/ Andrew R. McLetchie*
    Andrew R. McLetchie, Atty. No. 34035

---

[1] The undersigned has been retained to represent officers of the Montrose County Sheriff's Office. The Defendant captioned as "K-9 Deputy Ox" is a dog. The undersigned, therefore, purposefully does not enter an appearance as counsel for "K-9 Deputy Ox." Defendants Sanders and Gustin, by and through the undersigned, will file a Motion to Strike "K-9 Deputy Ox" from the pleadings within the time allowed pursuant to Fed. R. Civ. P. 12.

2

>Fowler, Schimberg, Flanagan & McLetchie, P.C.
>350 Indiana Street, Suite 850
>Golden, Colorado  80401
>Telephone: 303-298-8603
>Fax: 303-298-8748
>a_mcletchie@fsf-law.com
>*Attorney for Defendant Sgt. Keith Sanders and Defendant Sgt. Steve Gustin*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 20, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the following address:

Eric Tyler Vette, *Pro Se*
DOC #180289
Crowley County Correctional Facility (CCCF)
P.O. Box 100
Olney Springs, CO 81062

                 */s/ J. Ribera*
                 J. Ribera