**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE

      Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS
SERGEANT GUSTON
K-9 DEPUTY OX

      Defendants.

---

**MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND
TO PLAINTIFF'S PRISONER COMPLAINT [ECF #1]**

---

      Defendants Sergeant Keith Sanders (incorrectly identified in the caption as K-9 Unit Deputy Sanders) and Sergeant Steven Gustin (incorrectly identified in the caption as Seargent Guston), by and through undersigned counsel, hereby submit this Motion for an Extension of Time to Move or Otherwise Respond to Plaintiff's Prisoner Complaint [ECF #1], and in support thereof, state as follows:

      1. **D.C.COLO.LCivR 7.1 Certification:** There was no conferral because Plaintiff is incarcerated.

      2. **D.C.COLO.LCivR. 6.1 Certification:** As is reflected in the certificate of mailing, a copy of this Motion was served on undersigned counsel's clients.

      3. Defendant Gustin's deadline to move or otherwise respond to the Complaint is Monday, February 25, 2019. Defendant Sanders's deadline to move or otherwise respond to the Complaint is

Thursday, February 28, 2019.

4. These Defendants request an extension of time to move or otherwise respond to the Complaint through and including Monday, March 4, 2019.

5. The extension is requested because: (a) undersigned counsel was only able to make contact with his clients and obtain a copy of the police report related to this case this week; (b) video of the underlying arrest is being transmitted to the undersigned, and the undersigned would like to review that before filing an Answer or Motion to Dismiss; and (c) the undersigned anticipates filing a Motion to Dismiss and needs additional time to research and draft the Motion.

6. Under Fed. R. Civ. P. 6(b), an extension of time can be granted for cause shown. For all of the foregoing reasons, there is good cause for this Motion.

**DATED** this 22nd day of February, 2019.

Respectfully Submitted,

*/s/ Andrew R. McLetchie*
Andrew R. McLetchie, Atty. No. 34035
Eden R. Rolland, Atty. No. 48877
Fowler, Schimberg, Flanagan & McLetchie, PC
350 Indiana Street, Suite 850
Golden, Colorado  80401
Telephone: 303-298-8603
Fax: 303-298-8748
A_McLetchie@fsf-law.com
E_Rolland@fsf-law.com
*Attorney for Sgt. Keith Sanders and Sgt. Steve Gustin*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd of February, 2019, I electronically filed the foregoing **MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S PRISONER COMPLAINT [ECF #1]** with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the following address:

**Via Certified Mail**
Eric Tyler Vette, *Pro Se*
**ATTN: LEGAL MAIL**
DOC #180289
Crowley County Correctional Facility (CCCF)
P.O. Box 100
Olney Springs, CO 81062

Montrose County Attorney
Martha "Marti" Phillips Whitmore

                                                 */s/ J. Ribera*
                                                 J. Ribera