**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01987-KMT

ERIC TYLER VETTE

      Plaintiff,

v.

K-9 Unit DEPUTY SANDERS,
SERGEANT GUSTON,
K-9 DEPUTY OX

      Defendants.

**ORDER RE: DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S PRISONER COMPLAINT [ECF #1]**

      Defendant Gustin's and Defendant Sanders's Motion for an Extension of Time to Move or Otherwise Respond to Plaintiff's Prisoner Complaint [ECF #1] is hereby **granted** and their deadline to move or otherwise respond to Plaintiff's Prisoner Complaint is now March 4, 2019.

      **DATED** this \_\_\_\_ day of _____, 2019.

                                         By the Court:

                                         United States Magistrate Judge