```
02/13/19                    MONTROSE COUNTY SHERIFF'S OFFICE                          1066
16:35                            LAW Incident Table:                         Page:       1
   Incident
   Incident Number   S17-17524    Nature   DUI
      Case Number                                    Image
        Address?  S PARK AVE / S 1ST ST
              City  Montrose                   State  CO    ZIP
              Area  20    Montrose City              Contact
   Complainant
Numbr    19200
   Last   STATE OF COLORADO           Fst                  Mid
   DOB    /  /       SSN      -   -   Adr
   Race      Sx      Tel (   )   -   Cty                       ST       ZIP
   Details
   Statute Codes
   Offense Codes    DUID DCOP RECK RIPO CONC    Reported  TOFF  Observed  DUID
   Circumstances   LT13  ASI   DC      DRUG  K9
   Rspndg Officers  Steve Gustin       Dustin Horn        Keith Sanders       ?
   Rspnsbl Officer  Steve Gustin       Agency  MONS           CAD Call ID     1072293
     Received By   Kari McClanahan          Last RadLog  07:21:43  12/31/17     CMPLT
     How Received  O  Officer Report        Clearance    CRO  CLEARED RESPONDING OF
     When Reported  00:23:23 12/31/17       Disposition  CLO  Disp Date  04/12/18
     Occurrd between 00:23:19 12/31/17      Judicial Sts CLOS Judicial Closed
               and  00:23:19 12/31/17       Misc Entry   Case File
                MO
   Narrative
   Narrative     (See below)
   Supplement    (See below)                      (See below)                      ?

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

INVOLVEMENTS:
Type   Record #     Date         Description                   Relationship
 NM     19200       /  /         STATE OF COLORADO,            *Complainant
 NM    120536       /  /         VETTE, ERIC TYLER             Offender
 NM    239710       /  /         GOSSETT, GABRIEL JOSEPH       Involved
 NM    240413       /  /         HAGER, AMY                    Involved
 NM    240414       /  /         HURTADO, AMY A                Involved
 OF    180317    12/31/17        DUI                           *Charged With
 VH    100839       /  /         GRN/GRN 1996 HOND CIVIC CO    Impounded/Released
 CA   1072293    12/31/17        00:23 12/31/17 Traffic Offense *Initiating Call
 PR     25092S      /  /         Blood Kit    $0               Evidence
 PR     25093S      /  /         Paraphernalia Bottles   $0    Evidence
 PR     25094S      /  /         Paraphernalia Bottle    $0    Evidence
 PR     25095S      /  /         BLK Wallet    $0              Evidence
 PR     25096S      /  /         Credit Card VISA Amy Hager  $0  Evidence
```

```
PR      25097S      /  /     Credit Card VISA Amy Hurtad $0    Evidence
PR      25098S      /  /     Credit Card 2 H&R Block    $0     Evidence
PR      25099S      /  /     Cocaine     $0                    Evidence
PR      25100S      /  /     Drug Various    $0                Evidence
PR      25101S      /  /     RED Drug Various    $0            Evidence
PR      25102S      /  /     Weapon Wooden Club    $0          Evidence
PR      25103S      /  /     Identification Drivers Lice $0    Stolen/Recovered Pro
EV      000007163   /  /     Drug Bottles                      *Evidence Incident
EV      000007164   /  /     Pill bottle                       *Evidence Incident
EV      000007165   /  /     Wallet                            *Evidence Incident
EV      000007166   /  /     Credit Card                       *Evidence Incident
EV      000007167   /  /     Credit Card                       *Evidence Incident
EV      000007168   /  /     Credit Card                       *Evidence Incident
EV      000007169   /  /     Cocaine                           *Evidence Incident
EV      000007170   /  /     Pills                             *Evidence Incident
EV      000007171   /  /     Drugs                             *Evidence Incident
EV      000007172   /  /     Wooden Club                       *Evidence Incident
EV      000007143   /  /     Blood Kit                         *Evidence Incident
```

LAW Incident Offenses Detail:
```
              Offense Codes
Seq Code                                    Amount
  1 DUID  Driving Under Influence Drugs     0.00
  2 DCOP  Drug Cocaine Possess              0.00
  3 RECK  RECKLESS ENDANGERMENT             0.00
  4 RIPO  Resisting/Interfering w/Police    0.00
  5 CONC  Contempt of Court                 0.00
```

LAW Incident Circumstances:
```
              Contributing Circumstances
Seq Code                                Comments
  1 LT13  Highway/Road/Alley
  2 ASI   ADULT SUMMONS ISSUED
  3 DC    Definable Crime
  4 DRUG  Drugs Involved
  5 K9    K-9 CALLOUT
```

LAW Incident Responders Detail
```
    Responding Officers
Seq Name               Unit
  1 Steve Gustin       MC28
  2 Dustin Horn        MC30
  3 Keith Sanders      MC5
  4 Jason Grundy       MC16
  5 Jamie Heinle       MC14
```

Main Radio Log Table:
```
Time/Date            Typ Unit   Code  Zone  Agnc Description
07:21:43 12/31/17    1   MC14   CMPLT MONS  MONS incid#=S17-17524 Completed cal
07:21:43 12/31/17    1   MC16   CMPLT MONS  MONS incid#=S17-17524 Completed cal
07:21:35 12/31/17    1   MC14   ARRVD MONS  MONS incid#=S17-17524 cjc em 32714.
```

```
Time/Date              Typ Unit    Code   Zone   Agnc Description
07:08:15 12/31/17      1   MC14    ARRVD  MONS   MONS incid#=S17-17524 cjc call=1l
07:08:15 12/31/17      1   MC16    ARRVD  MONS   MONS incid#=S17-17524 cjc call=1l
07:03:43 12/31/17      1   MC14    ENRT   MONS   MONS incid#=S17-17524 cjc bm 32712.
07:03:31 12/31/17      1   MC14    ASSGN  MONS   MONS incid#=S17-17524 Assigned to a
06:59:52 12/31/17      1   MC16    ENRT   MONS   MONS incid#=S17-17524 cjc call=1l
05:57:24 12/31/17      1   MC30    CMPLT  MONS   MONS incid#=S17-17524 Completed cal
05:53:44 12/31/17      1   MC16    ARRVD  MONS   MONS incid#=S17-17524 MMH call=1l
05:46:14 12/31/17      1   MC16    ENRT   MONS   MONS incid#=S17-17524 Enroute to a
02:22:15 12/31/17      1   MC28    CMPLT  MONS   MONS incid#=S17-17524 Reassigned to
02:19:56 12/31/17      1   MC28    ENRT   MONS   MONS incid#=S17-17524 to mcso, pape
02:16:00 12/31/17      1   MC30    ARRVD  MONS   MONS (MDC) Arrived on scene incid#=
02:06:01 12/31/17      1   MC5     CMPLT  MONS   MONS incid#=S17-17524 Completed cal
01:47:09 12/31/17      1   MC30    ENRT   MONS   MONS incid#=S17-17524 following D&G
01:21:04 12/31/17      1   MC28    ARRVD  MONS   MONS incid#=S17-17524 at mmh clr:RT
01:14:01 12/31/17      1   MC28    ENRT   MONS   MONS incid#=S17-17524 to mmh for cl
00:35:41 12/31/17      1   MC28    95     MONS   MONS incid#=S17-17524 Subject in Cu
00:35:41 12/31/17      1   MC30    95     MONS   MONS incid#=S17-17524 Subject in Cu
00:35:41 12/31/17      1   MC5     95     MONS   MONS incid#=S17-17524 Subject in Cu
00:35:34 12/31/17      1   MC5     95     MONS   MONS incid#=S17-17524 Subject in Cu
00:35:27 12/31/17      1   MC5     ARRVD  MONS   MONS incid#=S17-17524 marine /lasal
00:24:26 12/31/17      1   MC5     ENRT   MONS   MONS incid#=S17-17524 Enroute to a
00:24:04 12/31/17      1   MC30    ENRT   MONS   MONS incid#=S17-17524 Enroute to a
00:23:25 12/31/17      1   MC28    ARRVD  MONS   MONS incid#=S17-17524 On-site call=
```

Narrative:

| | | |
|---|---|---|
| S17-17524 | Deputy S. Gustin | Date 12-31-17 |

Incident: Traffic Offense

Location: South Park Avenue and South First Street, Montrose County, Colorado

Date/Time: 12-31-17 at approximately 0023 hours

Reporting Party(s): State of Colorado
Montrose County

Victim(s): State of Colorado

Suspect(s): Eric Tyler Vette
DOB: 05-04-92
1600 North Eagle Street,
Delta CO 81416

Charges:
1. Vehicular Eluding            18-9-116.5 (1)(2)(a)     5F
2. Identity Theft               18-5-902(1)(b)           4F
3. Unlawful Possession of controlled substance
      18-18-403.5 DF4
4. DUID           42-4-1301(1)(a) M
5. Obstruction Government Operations
      18-8-104(1)(a)(b)
6. Reckless Endangerment        18-3-208              3M
7. Authorized Possession of Controlled Substance
      18-18-413
8. Resisting Arrest     18-8-103(1)(b)  2M
9. Drove Vehicle When License Revoked   42-2-138(1)(a)
10. Protection order violation     18-6-803.5   M
11. Reckless Driving    42-4-1401(1)    MT2
12. Speeding   42-4-1101 (1)   MT2
13. Disregarded Traffic Control Device   42-4-603

```
Vehicle Description:
                    LICENSE:    LCQ818
                    STATE:      CO
                    VIN:        2HGEJ8547TH505208
                    TAB:        P422494
                    EXPIRATION: 2018-01
                    MAKE:       HON
                    MODEL:      CIV
                    COLOR:      GRN
                    STYLE:      SD
                    YEAR:       1996

Evidence:           See Evidence Sheet

Case Status:        Closed Adult Arrest and Proof of Service served
```

****************************************************************

On December 31, 2017, at approximately 0023 hours, I was on patrol in the area of South Park Avenue and South First Street, Montrose County, Colorado, when I observed a primer colored Honda Civic bearing Colorado license plate LCQ818 in front of me with a single occupant in the driver's seat. It should be noted, I had received information earlier during my shift, Eric Vette, DOB: 05-04-92, was possibly driving that vehicle. I also knew Vette had three warrants (two felony and one misdemeanor) for his arrest. I attempted to conduct a traffic stop at the intersection of South Park Avenue and South First Street, Montrose County, Colorado. Upon activating my emergency lights and siren, the vehicle began to speed up to speeds exceeding 50 MPH. I continued to follow the vehicle south on South Park Avenue. As the vehicle approached the intersection of South Park Avenue and South Fifth Street, it ran the stop sign at a high rate of speed. I continued to follow the vehicle to the intersection of, South Park Avenue and South Twelfth Street where it again ran a stop sign turning left onto South Twelfth Street. I followed the vehicle on South Twelfth Street and it turned north onto South Mesa Avenue. The vehicle then drove north to South Ninth Street and turned eastbound onto South Ninth Street running the stop sign. The vehicle drove eastbound on South Ninth Street to South Junction Avenue where it again ran a stop sign and turned southbound onto Junction Avenue. The vehicle continued southbound to South Twelfth Street where it ran the stop sign turning westbound onto South Twelfth Street. The vehicle drove west to South Mesa Avenue and turned south onto South Mesa Avenue. The vehicle dove at a high rate of speed on South Mesa Avenue to Niagara Road, exceeding speeds of 60 MPH. The vehicle then ran the stop sign at South Mesa Avenue and Niagara Road, turning westbound onto Niagara Road. The vehicle continued westbound to South Townsend Avenue where it ran a red light at the intersection when turning southbound. I then followed the vehicle south on South Townsend Avenue at speeds exceeding 100 MPH. The vehicle drove south to the Chipeta Road and turned onto Chipeta driving northbound. The vehicle continued northbound on Chipeta Road driving at speeds exceeding 80 MPH, running a stop sign at West Oak Grove Road and Chipeta Road. The vehicle continued northbound to the intersection of Fruit Park Road and Chipeta Road. The vehicle then turned westbound onto Fruit Park Road. The vehicle continued westbound to the intersection of Fruit Park Road and 6400 Road, where it ran the stop sign turning northbound onto 6400 Road. The vehicle drove north on 6400 road, running the red light at the intersection of 6400 Road and Spring Creek Road, as he drove north onto Marine Road.

As the vehicle began driving north on Marine Road, Colorado State Patrol entered the pursuit as the lead car. I then followed the vehicle to the intersection of Marine Road and West LaSalle Road where I observed the vehicle in a field just north of LaSalle Road. At that time, I observed a male running east in the field. I then caught up to the male who I identified as Eric Vette. Vette was then placed into custody. After Vette was placed into custody a search was conducted of his person and it revealed a small blue baggie with suspected cocaine which was later weighed with results of .2 grams, a red plastic container containing 5 Aripirrazole prescription pills, 1 Latuda prescription pill and 5 Clonidine prescription pills.

Vette was then escorted to a patrol vehicle where Montrose Emergency Medical Services evaluated him and stated he would be okay. During this time Vette advised he did not feel good. I asked Vette what he had taken and if he needed to go to the hospital. Vette advised he did not take anything, he just had smoked marijuana.

I then conducted an inventory search of the vehicle and found several items belonging to Amy Hager to include 8 filled prescription bottles and four credit cards. I then found a wallet with a Colorado drives license belonging to Joseph Gossett, DOB: 06-21-94. I also found a white container containing 3 Cephalexin prescription pills, 11 Gabapentin prescription pills, 1 Metazalone prescription pill, 2 Guanfacine Hydrochloride prescription pills, 4.5 Escitalopram Oxalate prescription pills. These medications are available by prescription only and were not contained in a prescription container.

I then transported Vette to the Montrose Memorial Hospital for a medical clearance. While at the hospital I read Vette the Colorado Expressed Consent and Vette elected for a blood draw.

It should be noted a clearance through NCIC/CCIC on Vette, revealed he is revoked with 16 active cases (10-196315) against his driver's license. The clearance also contained a protection order restraining Vette from any controlled substances case number D0432015CR000270.

Vette was booked into the Montrose County Jail on the above charges with a bond of 5,000 per the bond schedule. Due to the serious nature of these crimes committed repeatedly in the past, the high risk of injury or death to the citizen of Montrose County and all Law Enforcement involved in this incident, I respectfully request an elevated cash only bond.

All evidence was later booked into evidence locker number 7 at the Montrose County Sheriff's Office.

It should be noted I later learned Vette gave the Montrose County Jail an address of 206 North Grand, Olathe Colorado, but gave me an address of 1600 North Eagle Street, Delta CO 81416.

```
Law Supplemental Narrative:
                         Supplemental Narratives
  Seq Name              Date                 Narrative
   2 Keith Sanders     17:58:21 12/31/17
  Case number:S17-17524           Sergeant Keith H. Sanders         B10126
```

Supplement Report:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sunday, December 31, 2017, at about 0034 hours, I overheard Deputy Gustin advised he was attempting to contact a vehicle with a wanted felon inside. Deputy Gustin advised the vehicle was not yielding to emergency lights and sirens. Deputy Gustin then began calling the direction of travel with updates at each change of direction. The pursuit began within the city limits of Montrose and then traveled south of Montrose to Chipeta Drive all within Montrose County. The pursuit then traveled North on Chipeta Drive. I positioned my marked patrol unit on Chipeta Drive just south of West Main Street and was set to deploy stop sticks. Deputy Gustin announced the vehicle turned onto Fruit Park Road.

I then repositioned my location to Spring Creek and Marine road to attempt to set up stop sticks. Upon my arrival to this intersection, the suspect vehicle blew through the intersection as I arrived. Colorado State Patrol, Trooper Buckingham, was at this intersection and positioned himself behind the suspect vehicle which was traveling north on Marine Road. Deputy Gustin then came through the intersection and I entered Marine Road behind Deputy Gustin. Deputy Gustin was in the number 2 position and took over calling the pursuit. Trooper Buckingham was negotiating his vehicle to conduct a Tactical Vehicle Intervention (TVI) and bring the pursuit to a stop, but the suspect vehicle kept cutting his position off along Marine Road. In the area of Silver Springs Drive and Marine Road, Trooper Buckingham was able to TVI the vehicle. The intervention was a success and the vehicle came to rest in a wheat field just north of Marine road and LaSalle Road.

Upon my arrival to the scene, the suspect, Eric Tyler Vette (dob 5/4/92) exited the vehicle and began to flee on foot in an eastward direction. I continued to drive along the field and then came up the east side of the field. I seen Deputy Gustin in his patrol vehicle, with lights and siren still activated, chasing the suspect. I then exited my patrol unit and retrieved K9 Oxx and put him on lead. I heard Deputy Gustin issuing verbal commands to the suspect. I advised Deputy Gustin to hold his position until I got there with K9 Oxx for officer safety reasons. Upon my approach to the suspect and Deputy Gustin, K9 Oxx's collar came unlatched and K9 Oxx attempted to bite the suspect. I immediately grabbed K9 Oxx by the neck and prevented him from engaging the suspect further. I then reattached the collar to K9 Oxx and placed him in a down position. I then recognized the suspect as Eric Tyler Vette. I checked Eric's right shoulder where K9 Oxx made contact with him and observed some abrasions and scratches, but no broken skin.

Eric began making statements about what happened and where he was at. Eric also said he was "drugged". I advised Eric to exercise his right to remain silent and stop talking. Eric was then escorted out of the field and to the road where EMS was on scene to check Eric out medically. While in the field, an officer safety pat down was done on Eric and a red plastic container with a blue lid was found inside Eric's pants pocket. The container contained several different kinds of what appeared to be prescription pills. The container was not that of a prescription pill bottle and had no identifying labels as to who the container belonged to.

After EMS checked Eric out, he was released back to Sheriff's office custody. I then made my way to the crash site. I observed Eric to be sweating profusely and him saying he did not feel good. The temperature outside was 30 degrees Farenheit. I advised Deputy Gustin to place leg restraints on Eric and transport him to Montrose Memorial hospital for possible drug overdose. I remained on scene and assisted in the inventory search of the vehicle. The ignition on the vehicle had been punched and next to the center console was a wooden baton. I advised Deputy Horn to photograph all items of interest for documentation. I observed Deputy Horn photograph some ladies rings (jewelry) which were in a pouch in the center console.

D&G Wrecker service arrived on scene to remove the vehicle from the wheat field. The vehicle was towed and impounded at the Montrose County Sheriff's Office impound yard.

/s/Sergeant Keith H. Sanders

```
Law Supplemental Narrative:
                          Supplemental Narratives
Seq Name            Date                Narrative
   3 Charles Searcy   17:30:15 01/16/18
Gabriel "Joseph" Gossett
06/21/1994
Unknown Address
970-250-7773

Amy Hager (Bullard)
04/05/1979
Unknown Address
970-765-6053

*****************************************

Per the request of Deputy Gustin, I attempted to contact Amy Hager, DOB:
04/05/1979, and Gabriel "Joseph" Gossett, DOB: 06/21/1994. I left a voice mail
message for each party on their respective telephone numbers.

/s/ Deputy Charles Searcy
FTO D. Taylor
```

```
Law Supplemental Narrative:
                        Supplemental Narratives
Seq Name                Date                Narrative
  4 Leo Peters          11:31:38 01/17/18
Supplement              Case: S17-17524          Deputy: L. Peters
```

Gabriel Joseph Gossett
DOB: 06/21/1994
1967 BORDEAUX CT
MONTROSE, CO 81401
970-615-7390

On the morning of 1/17/18, I spoke with Gabriel Gossett (DOB: 6/21/94) regarding this case. Upon contact, I advised Gabriel, the suspect in this case, Eric Vette (DOB: 5/4/92) had his (Gabriel's) wallet in his possession when Eric was contacted by law enforcement. I asked Gabriel if he was aware Eric had his wallet. Gabriel stated he was aware and was supposed to be meeting up with Eric to get it back. Gabriel asked how he was able to get his items back. After speaking with a records custodian, I advised Gabriel he would need to contact the 7th Judicial District Attorney's Office to get the items released as they were entered as evidence. Gabriel stated he understood the information I provided and I concluded my conversation with him.

/s/ Deputy L. Peters