IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS
SERGEANT GUSTON
K-9 DEPUTY OX

    Defendants.

## AFFIDAVIT OF KEITH H. SANDERS

I, Keith H. Sanders, being of lawful age and duly sworn, testify under oath as follows:

1. On December 31, 2017, I was an officer of the Montrose County Sheriff's Office, and held the rank of Sergeant.

2. I was an employee of the Montrose County Sheriff's Office from approximately 2001 to 2004, and 2008 to 2018.

3. I was personally involved in the arrest of Eric Tyler Vette on December 31, 2017. I responded to officer radio calls that a wanted felon, who I later learned was Mr. Vette, was fleeing from officers in his vehicle and not yielding to emergency lights and sirens. Other officers succeeded in stopping Mr. Vette's vehicle in a wheat field. I arrived at the field in my patrol vehicle. I had with me in my patrol vehicle a K9 unit named Oxx. I was Oxx's handler on December 31, 2017.

4. My knowledge of the events that transpired during the course of Mr. Vette's flight and arrest, the extent of my participation in those events, and the extent of Oxx's involvement in those events, is fully set forth in a Supplemental Narrative Report that I wrote and created on December 31, 2017, at approximately 17:58:21 hours (5:58 p.m.).

5. "Exhibit A" attached to the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) Or, In The Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56," which is submitted on my behalf in this lawsuit, is the Montrose County Sheriff's Office Incident Report documenting Mr. Vette's flight and arrest on December 31, 2017.

6. The Supplemental Narrative Report that I created on December 31, 2017, at approximately 17:58:21 hours is on pages 7 and 8 of "Exhibit A." The words that I used in the Supplemental Narrative Report are my own.

7. I have reviewed "Exhibit A" and verified that it is a true and accurate copy of the Incident Report, to include my Supplemental Narrative Report, relating to Eric Tyler Vette's flight and arrest on December 31, 2017.

8. Based on my employment and experience with the Montrose County Sheriff's Office, it is the practice of the Montrose County Sheriff's Office that, when an MCSO officer is involved in an incident while on duty (for example, responding to a call for assistance, effecting an arrest, or participating in investigating a suspected crime), the involved officer will document the incident and his or her involvement in a Narrative Report or Supplemental Narrative Report.

9. Officer Narrative Reports, Supplemental Narrative Reports, and other information relating to an incident are compiled to comprise an "Incident Report" for that particular incident.

10. In keeping with this practice, when I am involved in an incident, I write my Narrative or Supplemental Narrative Report as soon as practicable after the conclusion of the incident, and make it as complete and thorough as possible.

11. If force is used during an incident, either by me or a K9 unit that I am handling, I record and include as much detail as possible concerning that use of force. I do not leave out details.

12. I wrote my Supplemental Narrative Report relating to the incident of Mr. Vette's flight and arrest on December 31, 2017, in this manner. My Supplemental Narrative Report is complete and accurate. I did not omit facts. I finished writing the Supplemental Narrative Report as soon as possible, while my memories of the incident were still fresh. I included all facts and details that I remembered, including facts and details regarding the use of force and Oxx's attempt to bite Mr. Vette. As I state in my Report, when Oxx attempted to bite Mr. Vette, I immediately grabbed Oxx and prevented Oxx from engaging with Mr. Vette any further.

13. I personally did not use force on Mr. Vette. If I had, I would have recorded it in my Supplemental Narrative Report.

FURTHER AFFIANT SAYETH NOT.

_____
KEITH H. SANDERS

STATE OF COLORADO    )
                     ) ss.
COUNTY OF MONTROSE   )

SUBSCRIBED AND SWORN TO before me this 4th of March, 2019, by Keith H. Sanders.

Witness my hand and official seal:

[SEAL]

PRISCILLA K. MACFARLANE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074037048
MY COMMISSION EXPIRES OCTOBER 1, 2019

*Priscilla K. Macfarlane*
Notary Public

My commission expires: 10-01-19