IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01987-KMT

Eric Tyler Vette,
    Plaintiff,

v.

Sanders, Deputy, K-9 Unit,
Guston, Seargent [sic], and
Ox, K-9 Deputy.
    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2019

JEFFREY P. COLWELL
CLERK

---

### Document for change of Address

Plaintiff Eric Tyler Vette is sending the current Correctional Facility address where he is currently at, witch is at Sterling Correctional Facility, address is P.O. Box 6000 in Sterling, Colorado zip code 80751.

March 5, 2019
Executed on (Date)

Plaintiff Eric Tyler Vette

CERTIFICATE OF SERVICE

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to, the OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ COURTHOUSE, 901-19th St., ROOM A105, DENVER, CO 80294-3589 on:

March 5, 2019
Executed on (Date)

Eric Tyler Vette, Plaintiff,
Under Penalty of Perjury
28 U.S.C. 1746

Eric Tyler Vette
#180289
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062-8700