**Colorado Department Of Corrections**

Name _Vette, Eric_

Register Number _180289_

Unit _SCF DCCC-108_

Box Number _P.O. Box 6000_

City, State, Zip _Sterling Colorado, 80751_

DENVER CO 802

06 MAR 2019 PM 4 L

OFFICE OF THE CLERK
United States District Court
ALFRED A. ARRAJ COURTHOUSE
901-19th Street, Room A105
Denver Colorado, 80294-3589

80294-350151