**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 27 2019
JEFFREY P. COLWELL
CLERK

18-cv-1987-KMT
#32

Eric Tyler Vette
#180289

NIXIE   808   DO 1   0003/22/19
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC: 8029425009     *1720-07206-08-38

neopost
03/08/2019
US POSTAGE
$00.50⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

DENVER CO 802
26 MAR'19 PM 5 L

RETURNED IN THE PRESENCE OF THE INMATE

SCF
Canon
SCF

## Other Orders/Judgments

1:18-cv-01987-KMT Vette v. Sanders et al

JD1,MJ CIV PP

### U.S. District Court - District of Colorado

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 3/7/2019 at 8:40 AM MST and filed on 3/7/2019
**Case Name:**           Vette v. Sanders et al
**Case Number:**         1:18-cv-01987-KMT
**Filer:**
**Document Number:** 32(No document attached)

**Docket Text:**
**ORDER OF REFERENCE. Pursuant to the parties' consent to the jurisdiction of the magistrate judge [18] and [31], this case is referred to Magistrate Judge Kathleen M. Tafoya for all purposes pursuant to 28 U.S.C. § 636(c). By Chief Judge Philip A. Brimmer on 3/7/19. Text Only Entry (pabsec)**

**1:18-cv-01987-KMT Notice has been electronically mailed to:**

Andrew R. McLetchie    a_mcletchie@fsf-law.com, j_ribera@fsf-law.com, m_duran@fsf-law.com

**1:18-cv-01987-KMT Notice has been mailed by the filer to:**

Eric Tyler Vette
#180289
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700