ORIGINAL

In The United States District Court
For The District of Colorado

Civil Action No. 1:18-cv-01987-KMT

Eric Tyler Vette,

   Plaintiff,

v.

Sanders, Deputy, K-9 Unit,
Guston, Seargent [sic], and
OX, K-9 Deputy.

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2019

JEFFREY P. COLWELL
CLERK

## Responding To Document Number 26 ON The Minute Order Granting [25] Motion for Extension of Time To Answer or Otherwise Respond By 3-4-19.

I Plaintiff Eric Tyler Vette, am responding to Document Number 26 on the minute order granting [25] Motion for Extension of Time to Answer or Otherwise Respond by 3-4-19. It's 4-12-19 and I have not recieved any response from Defendants Guston or Sanders and it states that an answer is due by March 4th 2019 also, if the defendants fail to respond, judgment by default will be entered against the defendants for the relief demanded in the complaint.

April 12, 2019
Executed on (Date)

Plaintiff Eric Tyler Vette

## Certificate of Service

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage paid prepaid, First Class, was sent to, the OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ COURTHOUSE, 901-19th Street, Room A105, Denver, Colorado 80294-3589 on:

April 12, 2019
Executed on (Date)

/s/ Eric Tyler Vette,
Plaintiff, Under
Penalty of Perjury
28 U.S.C 1746

Eric Tyler Vette
# 180289
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado 80751