DENVER CO 800

15 APR 2019 PM 5 L

OFFICE OF THE CLERK
United States District Court
ALFRED A. ARRAJ COURTHOUSE
901-19th Street Room A105
Denver, Colorado-80394-3589

80254-250058

Colorado Department Of Corrections
Name Vette, Eric
Register Number 150289
Unit SCF 7C-C 108
Box Number Box #6000
City, State, Zip Sterling, Colorado-80751