**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS
SERGEANT GUSTON
K-9 DEPUTY OX

    Defendants.

---

**DEFENDANTS' NOTICE OF MAILING OF DEFENDANTS' MOTION TO STRIKE [ECF #27], MOTION TO DISMISS [ECF #28] AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [ECF #29]**

---

    Sergeant Keith Sanders (incorrectly captioned as "K-9 UNIT DEPUTY SANDERS") and Sergeant Steve Gustin (incorrectly captioned as "SERGEANT GUSTON") ("Defendants"), by and through their attorneys of Fowler, Schimberg, Flanagan & McLetchie, P.C., in response to Plaintiff's filed document [ECF #35], submit this Notice of Mailing and state as follows:

    1.    The Court granted these Defendants an extension of time to answer or otherwise respond to Plaintiff's Prisoner Complaint, up to and through March 4, 2019. *See* Minute Order (February 28, 2019) [ECF #26].

    2.    Defendants filed the following three Motions on the deadline of March 4, 2019:

    (i.)    Defendants' Motion to Strike "K-9 Deputy Ox" Pursuant to Fed. R. Civ. P. 12(f) [ECF #27];

    (ii.)    Defendant Gustin's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)

[ECF #28]; and

(iii.)   Defendant Sanders' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) Or, In The Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and exhibits [ECF #29, #29-1, and #29-2].

3. On March 4, 2019, Defendants mailed a copy of each Motion and the attached exhibits to Plaintiff at this then-current address, as follows:

> Eric Tyler Vette
> DOC #180289
> ATTN: LEGAL MAIL
> Crowley County Correctional Facility (CCCF)
> P.O. Box 100
> Olney Springs, CO 81062

4. As shown in each Motion's Certificate of Service, each Motion was mailed to Plaintiff at the Crowley County Correctional Facility at the above address on March 4, 2019. Proof of mailing is also attached as **Exhibit A**.

5. On March 8, 2019, Plaintiff filed a Notice of Change of Address, *see* [ECF #33 and #33-1], stating that Plaintiff's new address is:

> Eric Tyler Vette
> DOC #180289
> Sterling Correctional Facility (SCF)
> P.O. Box 6000
> Sterling, CO 80751

6. On April 19, 2019, the Court provided notice of a Certificate of Service by Mail, which shows that the Clerk of Court mailed Defendants' Motion to Strike [ECF #27], Motion to Dismiss [ECF #28], and Motion to Dismiss Or In The Alternative Motion for Summary Judgment [ECF #29] to Plaintiff at the Sterling Correctional Facility at the above address. *See* Certificate of Service (April 19, 2019) [ECF #36].

7. Out of an abundance of caution, today on April 23, 2019, Defendants have mailed,

via U.S. certified mail, copies of this Notice, the Defendants' Motion to Strike [ECF #27], Motion to Dismiss [ECF #28], and Motion to Dismiss Or In The Alternative Motion for Summary Judgment [ECF #29] to Plaintiff at the above address for the Sterling Correctional Facility. Proof of Mailing on April 23, 2019, is attached as **Exhibit B**.

**DATED** this 23rd day of April, 2019.

Respectfully Submitted,

*/s/ Eden R. Rolland*
Andrew R. McLetchie, Atty. No. 34035
Eden R. Rolland, Atty. No. 48877
Fowler, Schimberg, Flanagan & McLetchie, PC
350 Indiana Street, Suite 850
Golden, Colorado 80401
Telephone: 303-298-8603
Fax: 303-298-8748
a_mcletchie@fsf-law.com
e_rolland@fsf-law.com
*Attorneys for Sgt. Keith Sanders and Sgt. Steve Gustin*

CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of April, 2019, I electronically filed the foregoing **DEFENDANTS' NOTICE OF MAILING OF DEFENDANTS' MOTION TO STRIKE [ECF #27], MOTION TO DISMISS [ECF #28] AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [ECF #29]** with the Clerk of Court using the CM/ECF system, as well as by U.S. certified mail to Plaintiff at the following address:

Eric Tyler Vette, *Pro Se*
DOC #180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

                                                                 */s/ Eden Rolland*
                                                                 Eden Rolland