Fowler Schimberg Flanagan
& McLetchie, P.C.
350 Indiana Street, Suite 850
Golden, CO 80401

neopost
04/23/2019
US POSTAGE $08.05
ZIP 80401
041L11248933
FIRST-CLASS MAIL

Eric Tyler Vette
DOC #180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling CO 80751



7008 2810 0000 5578 0142

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Eric Tyler Veale DOC #180289 Sterling Correctional Facility (SCF) P O Box 6000 Sterling, CO 80751

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 5578 0142

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Defendants' Notice of Mailing
Exhibit B