In The United States District Court
For The District Of Colorado

Civil Action No. 1:18-cv-01987-KMT

Eric Tyler Vette,

    Plaintiff,

v.

Sanders, Deputy, K-9 Unit
Guston, Sergeant [sic], and
Ox, K-9 Deputy

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2019

JEFFREY P. COLWELL
CLERK

---

Responding to Document Number 30, 28 MOTION to Dismiss, 27 MOTION to Strike 1 Complaint, 29 MOTION TO Dismiss

---

I Plaintiff, Eric Tyler Vette have read Sergeant Sanders statements in his Supplemental Narrative Report the night I was arrested. Sergeant Sanders states that his K-9 Oxx unlatched its collar and had to stop K-9 Oxx from further engaging me witch would be assaulting me. Reasons being K-9's are declared an officer as well if imcorrect, because when a suspect assaults a K-9 they are then charged with assault on a police officer. Therefore Sergeant Sanders K-9 Oxx attacking me is an officer assaulting me. It's also assault, over accesive force and police brutality when a police officer/sheriff deputy takes out one's anger on a suspect after he or she's already been apprehended just like Sergeant Sanders did to me the night of my arrest, while Sergeant Gustin sat to my right side watching Sergeant Sanders assaulting me by striking me in the face with his fist and dog chain after he was done he let K-9 Oxx attack my right shoulder, thats when Sergeant Gustin states "okay thats enough" at that time is when Sergeant Sanders pulls K-9 Oxx off of me and stops him from

1

attacking me any further. The reason there was not any claims against the Montrose County Sheriff's Office is because my claims are against the Defendants listed and not the whole entire MCSO.

The reasons why there are no Hospital Records on my dog bite is because when the nurse that was on duty that night of my arrest asked Sergeant Gustin if they should look at my dog bite on my right shoulder due to the blood stains on the sheets after I got up off the medical bed Deputy Gustin then stated to the nurse "no there's no need to", but there are Medical Records at the Montrose County Jail from the night I was booked into the County Jail in Montrose Colorado. There was also an Investigator that was sent to the County Jail in Montrose Colorado by my Public Defender's Patrick Crane and Kristine Hindman to take pictures of the blackeye and dog bite on my right shoulder and blackeye on my left eye. The Investigator works for the Department of Public Defender's Office out of the Montrose Colorado District, and the reason Sergeant Gustin has been served a lawsuit is because he sat there and watched Sergeant Sanders assault me and then stated that was enough after Sergeant Gustin thought that Deputy Sanders had assaulted me to where Sergeant Gustin thought I deserved enough of a beating

I would also like to know what my arresting charges has to do with Sergeant Sanders and K-9 Cxx assaulting me It makes you think is that the reason that they assaulted me and the reason it was okay that they assaulted me because Sergeant Sanders judging me by my criminal background and what was found on me the night of the arrest. No Matter what they found on me that night of the arrest and what I was convicted of that sent me to The Department Of Corrections does it give Sergeant Sanders and K-9 Cxx the right to assault a apprehended suspect.

Therefore why would Sergeant Sanders check my right shoulder as he states in his Supplemental Narrative Report "I checked Eric's right shoulder "where" K-9 Cxx made contact with him and observed some abrasions and scratches, but before in his statement Sergeant Sanders stated that K-9 Cxx's collar came unlatched and

2

"K-9 Oxx attempted to bite the suspect" Therefore why would Sergeant Sanders state that his K-9 Oxx attempted to bite me when "Attempt" means "try" and not "Engaging" witch in this case means "attacking" that Sergeant Sanders later states in his Supplemental Narrative Report that he Sergeant Sanders grabbed K-9 Oxx by the neck and prevented him from engaging me the suspect any further. Therefore, its not professional for a K-9 handler as Sergeant Sanders to not have the correct and suficent equiptment for his K-9 to be out in the feild on duty. When I know for a fact that the K-9's handler is required to inspect his or her equiptment for the safety of both the K-9 and the officer before entering the feild on duty. Also, the Police Acadimey is not going to have equiptment that is not reliable to handle situations that they have to face in the tranning feild and on duty to where there equiptment fails and puts the K-9 and officers in harms way nor put them in a non-responseable action to where the officers and K-9 cant preform there dutys correct, and in a respectful maner. Therefore Sergeant Sanders K-9 Oxx unlatching its collar was no accident, it was assault, over accesive force, police brutality and an unprofessional duty for a Sergeant as Sergeant Sanders to engage in as he did on a suspect that was already apprehended. Therefore I dont see how or why a dismissal would be optional or accepted in this case.

May 1st, 2019
Executed on (Date)

Plaintiff Edie Tyler Vette

3

# Certificate Of Service

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to, the OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, ALFRED A. ARRAJ COURTHOUSE, 901-19th Street, Room A105, Denver, Colorado 80294-3589 on:

May 1st, 2019
Executed on (Date)

Eric Tyler Vette, Plaintiff,
Under Penalty of Perjury
28 U.S.C. 1746

Eric Tyler Vette
# 180289
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado 80751

COLORADO DEPT OF CORRECTIONS
Name: Little, Eric Tyler
Number: 196289 Unit: LU 7C-105
PO BOX 6000
City, State, Zip: Sterling, Colorado - 80751 -

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294