**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     18-cv-01987-KMT

ERIC TYLER VETTE,

   Plaintiff

v.

K-9 UNIT DEPUTY SANDERS
SERGEANT GUSTON
K-9 DEPUTY OX

   Defendants

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF #38] TO MOTION TO STRIKE [ECF #27], DEFENDANT GUSTIN'S MOTION TO DISMISS [ECF #28], AND DEFENDANT SANDERS' MOTION TO DISMISS [ECF #29]**

---

Pursuant to D.C.COLO.LCivR 6.1(a), Sergeant Keith Sanders (incorrectly captioned as "K-9 UNIT DEPUTY SANDERS") and Sergeant Steve Gustin (incorrectly captioned as "SERGEANT GUSTON") ("Defendants"), by and through their attorney Andrew R. McLetchie of Fowler, Schimberg, Flanagan & McLetchie, P.C., submit this Motion requesting a brief extension of time to file Replies to Plaintiff's Response [ECF #38] to these Defendants' Motion to Strike [ECF #27], Sergeant Gustin's Motion to Dismiss [ECF #28], and Sergeant Sanders' Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment [ECF #29]. In support thereof, these Defendants state as follows:

**D.C.COLO.LCivR 7.1(a) Certificate of Conferral:** Conferral is not required pursuant to D.C.COLO.LCivR 7.1(b)(1), because Plaintiff is proceeding *pro se* and is currently incarcerated.

1. On March 4, 2019, these Defendants filed three Motions: (1) Motion to Strike "K-9 Deputy Ox" Pursuant to Fed. R. Civ. P. 12(f), *see* [ECF #26]; (2) Defendant Gustin's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), *see* [ECF #28]; and (3) Defendant Sanders' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) Or, In the Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, *see* [ECF #29].

2. Plaintiff filed a single combined Response to these Motions. *See* [ECF #38]. Pursuant to D.C.COLO.LCivR 7.1(d), Plaintiff had three weeks to file Responses to these Motions. However, Plaintiff did not file his Response until May 10, 2019.

3. Defendants' deadline to Reply to Plaintiff's Response is Friday, May 24, 2019.

4. These Defendants respectfully request a brief extension of time of three business days in which to Reply.

5. Due to the press of business, additional time is requested to allow the undersigned to prepare and communicate with these Defendants regarding the Reply. The undersigned has been out of state for a deposition in another matter. The requested extension is also sought to accommodate for the Memorial Day holiday weekend.

6. Defendants therefore request an extension of time up to and through Wednesday, May 29, 2019, in which to file Replies to Plaintiff's Response [ECF #38].

7. This request is presented in good faith. It is not interposed for purposes of delay.

8. No party will be prejudiced by the extension of time.

9. This is Defendants' first request for an extension of time.

10. Undersigned counsel certifies that a copy of this Motion will be contemporaneously served on his clients, pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, these Defendants, Sergeant Sanders and Sergeant Gustin, respectfully request an extension of time to Reply to Plaintiff's Response [ECF #38] to the Motion to Strike [ECF #27] and Defendants' respective Motions to Dismiss [ECF #28 and #29], up to and through **Wednesday, May 29, 2019**.

Respectfully submitted this 23rd day of May, 2019.

> FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.
>
> */s/ Andrew R. McLetchie*
> Andrew R. McLetchie, #34035
> Eden R. Rolland, #48877
> 350 Indiana Street, Suite 850
> Golden, CO 80401
> *Attorneys for Defendants Sanders and Gustin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2019, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF #38] TO MOTION TO STRIKE [ECF #27], DEFENDANT GUSTIN'S MOTION TO DISMISS [ECF #28], AND DEFENDANT SANDERS' MOTION TO DISMISS [ECF #29]** to be filed with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the following address:

Eric Tyler Vette, *Pro Se*
DOC #180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

I also hereby certify that on this 23rd day of May, 2019, pursuant to D.C.COLO.LCivR 6.1(c), I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF #38] TO MOTION TO STRIKE [ECF #27], DEFENDANT GUSTIN'S MOTION TO DISMISS [ECF #28], AND DEFENDANT SANDERS' MOTION TO DISMISS [ECF #29]** to be contemporaneously served on Sergeant Keith Sanders and Sergeant Steve Gustin.

*/s/ Eden Rolland*
Eden Rolland