IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS
SERGEANT GUSTON
K-9 DEPUTY OX

    Defendants.

---

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE "K-9 DEPUTY OX" PURSUANT TO FED. R. CIV. P. 12(f)**

---

    Defendants, Sergeant Keith Sanders (incorrectly captioned in Plaintiff's Prisoner Complaint as "K-9 UNIT DEPUTY SANDERS") and Sergeant Steve Gustin (incorrectly captioned as "SERGEANT GUSTON"), by and through their attorney Andrew R. McLetchie of Fowler, Schimberg, Flanagan & McLetchie, P.C., submit the following Reply in support of their Motion to Strike "K-9 Deputy Ox" Pursuant to Fed. R. Civ. P. 12(f), and state as follows:

**REPLY**

    There is no legal basis for keeping "K-9 Deputy Ox" named as a Defendant in this matter. It is undisputed that "K-9 Deputy Ox" is a dog.[1] A dog is not a proper party, with the capacity to sue or be sued in a civil lawsuit. *See e.g. Jones v. Fransen*, 857 F.3d 843, 857 n.9 (11th Cir. 2017);

---

[1] Plaintiff refers to the dog as "K-9 Deputy Ox," which is therefore how the dog is identified in Defendants' Motion to Strike and this Reply. However, the correct name is "K-9 Oxx."

1

*Dye v. Wargo*, 253 F.3d 296, 299 (7th Cir. 2001); *Bustamante v. Gonzalez*, 2008 WL 4323505, at *6 (D. Ariz. 2008). The text of 42 U.S.C. § 1983 specifically authorizes suits against "person[s]." A dog is not a "person." *See Jones v. Fransen*, 857 F.3d at 857 n.9. Plaintiff's decision to plead "K-9 Deputy Ox" as a Defendant in this matter is, therefore, improper.

Pursuant to Fed. R. Civ. P. 12(f), the Court may strike from Plaintiff's pleadings "any redundant, immaterial, impertinent, or scandalous matter." As articulated in Defendants' Motion to Strike, continuing with "K-9 Deputy Ox" as a Defendant is immaterial to Plaintiff's claims, impertinent to the issues, and will prejudice these Defendants by requiring them to mount a defense against claims entangled with the legally impossible notion that a dog is a sueable "person" under 42 U.S.C. § 1983. *See* Fed. R. Civ. P. 12(f); *Webster v. Nations Recovery Ctr., Inc.*, 2009 WL 2982649, *2 (D. Colo. 2009) (granting a motion to strike is proper where there is "immaterial matter" and "prejudice to the movant"). The Court should strike "K-9 Deputy Ox" as a Defendant pursuant to Fed. R. Civ. P. 12(f).

Nothing alleged in Plaintiff's Prisoner Complaint [ECF #1] nor argued in Plaintiff's Response [ECF #38] alters this conclusion.[2] Plaintiff argues in his Response that "when a suspect assaults a K-9 they are then charged with assault on a police officer." Response [ECF #38] at p. 1. Even if true, this does not matter. Whatever criminal charges and penalties may apply when "a suspect assaults a K-9" has no bearing on the unquestionable legal reality that a dog is not a proper defendant in a civil rights lawsuit.

WHEREFORE, Defendants Sanders and Gustin respectfully request that the Court **grant**

---

[2] Plaintiff's Response [ECF #38] was not timely filed. Defendants filed their Motion to Strike [ECF #27] on March 4, 2019. Plaintiff did not file his Response until May 10, 2019, more than six weeks past his filing deadline.

their Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) [ECF #27], and strike "K-9 Deputy Ox" as a Defendant from Plaintiff's pleadings.

**DATED** this 29th day of May, 2019.

                                        Respectfully Submitted,

                                        */s/ Andrew R. McLetchie*
                                        Andrew R. McLetchie, Atty. No. 34035
                                        Eden R. Rolland, Atty. No. 48877
                                        Fowler, Schimberg, Flanagan & McLetchie, PC
                                        350 Indiana Street, Suite 850
                                        Golden, Colorado 80401
                                        Telephone: 303-298-8603
                                        Fax: 303-298-8748
                                        A_McLetchie@fsf-law.com
                                        E_Rolland@fsf-law.com
                                        *Attorney for Sgt. Keith Sanders and Sgt. Steve Gustin*

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2019, I electronically filed the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE "K-9 DEPUTY OX" PURSUANT TO FED. R. CIV. P. 12(f)** with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the following address:

Eric Tyler Vette, *Pro Se*
DOC #180289
Sterling Correctional Facility (SCF)
7C C-108
P.O. Box 6000
Sterling, CO 80751

*/s/ Eden Rolland*
Eden Rolland

4