Defendant's Exhibit C
Incident Photos


Defendant's Exhibit C
Incident Photos



Defendant's Exhibit C
Incident Photos

