In the United States District Court
For the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2019

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:18-cv-01987-KMT

Eric Tyler Vette,

   Plaintiff,

v.

Sanders, Deputy, K-9 Unit,
Guston, Seargent [sic], and
Ox, K-9 Deputy.

   Defendants.

---

Responding to Minute Order granting [39] Motion for Extension of Time to File Reply to Pending Motions by May 29, 2019 and no later.

---

I Plaintiff Eric Tyler Vette, am responding to the document on the granting of Extension of time to respond to Pending Motions by May 29, 2019. It's June 18, 2019 and I have not heard from the defendants. I have read that I have three weeks to respond to the documents that are sent to me that I had responded to late. I apologize for doing so I didn't realize that there was a time period that I had to respond by. I try my hardest to respond as fast as I can but i'm strugling with funds to purchase stamps ever since I got moved to Sterlings Correctional Facility. This facility is taking 90 percent of every deposit thats deposited every month and thats all the money that I recieve to maintaine a living and purchase my writing materials to defend my case. Also, this facility's library dose not help with stamps to help send out legal mail as Crowley's Correctional Facility did.
   So with all due respect i'm asking the courts and

1

the people and defendants to bare with me and my time to respond to the documents I recieve, Please and Thank you for your Time and Consideration.

Sincerely,
Eric Tyler Vette
# 180289

June 18, 2019
Executed On (Date)

Plaintiff Eric Tyler Vette

## Certificate of Service

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s) Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to, the Office of The Clerk, United States District Court, Alfred A. Arraj Courthouse, 901-19th Street, Room A 105, Denver, Colorado 80294-3589 on:

June 18, 2019
Executed on (Date)

Eric Tyler Vette, Plaintiff,
Under Penalty of Perjury
28 U.S.C. 1746

Eric Tyler Vette
# 180289
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado - 80751-

**Colorado Department Of Corrections**

Name: Eric Tyler Vette
Register Number: 180259
Unit: WTC SCF C-108
Box Number: P.O. Box 6000
City, State, Zip: Sterling, Colorado -80751-

80294-250151

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURT HOUSE
901-19TH STREET, ROOM A105
DENVER, COLORADO -80294-3589-