IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS
SERGEANT GUSTON
K-9 DEPUTY OX

    Defendants.

## DEFENDANTS' NOTICE OF MAILING OF REPLIES [ECF #41], [ECF #42], AND [ECF #43 AND #43-1]

Sergeant Keith Sanders (incorrectly captioned as "K-9 UNIT DEPUTY SANDERS") and Sergeant Steve Gustin (incorrectly captioned as "SERGEANT GUSTON") ("Defendants"), by and through their attorneys of Fowler, Schimberg, Flanagan & McLetchie, P.C., submit this Notice of Mailing and state as follows:

1. The Court granted these Defendants an extension of time to file Replies to Plaintiff's Response [ECF #38] to these Defendants' Motion to Strike [ECF #27], Sergeant Gustin's Motion to Dismiss [ECF #28], and Sergeant Sanders' Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment [ECF #29], up to and through May 29, 2019. *See* Minute Order (May 23, 2019) [ECF #40].

2. Defendants filed the following three Replies on the deadline of May 29, 2019:

    a.    ECF #41: Reply in Support of Defendants' Motion to Strike "K-9 Deputy Ox" Pursuant to Fed. R. Civ. P. 12(f);

    b.  ECF #42: Reply in Support of Defendant Gustin's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF #28];

    c.  ECF #43 and #43-1: Reply in Support of Defendant Sanders' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF #29], with photos attached as "Defendant's Exhibit C."

  3.  The Certificates of Service to the above Replies, which are signed by the undersigned, state that the Replies were filed with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the Sterling Correctional Facility.

  4.  The undersigned was travelling on May 29, 2019, and arranged for another person in her office to submit the Replies using the CM/ECF system.

  5.  The person who performed the filing using CM/ECF mistakenly believed that the Clerk of Court mailed out filings to *pro se* prisoner litigants.

  6.  This discrepancy came to the undersigned's attention after Plaintiff filed a Response in reference to the Court's Minute Order granting the Defendants' Motion for Extension of Time [ECF #39] to file the Replies. *See* Pl. Response [ECF #44]. Upon investigating further, the undersigned discovered the Replies were mistakenly not mailed by and from the undersigned's office to Plaintiff on May 29, 2019.

  7.  To correct this discrepancy, the undersigned has caused a copy of each Reply, Defendant's Exhibit C, and a copy of this Notice, to be mailed today, June 27, 2019, via U.S. Mail to Plaintiff at the following address:

> Eric Tyler Vette, *Pro Se*
> DOC #180289
> Sterling Correctional Facility (SCF)
> P.O. Box 6000
> Sterling, CO 80751

  8.  Proof of mailing via U.S. Mail on June 27, 2019 is attached as **Exhibit A**.

**DATED** this 27th day of June, 2019.

        Respectfully Submitted,

        <u>*/s/ Eden R. Rolland*</u>
        Andrew R. McLetchie, Atty. No. 34035
        Eden R. Rolland, Atty. No. 48877
        Fowler, Schimberg, Flanagan & McLetchie, PC
        350 Indiana Street, Suite 850
        Golden, Colorado 80401
        Telephone: 303-298-8603
        Fax: 303-298-8748
        a_mcletchie@fsf-law.com
        e_rolland@fsf-law.com
        *Attorneys for Sgt. Keith Sanders and Sgt. Steve Gustin*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 27th day of June, 2019, I electronically filed the foregoing **DEFENDANTS' NOTICE OF MAILING OF REPLIES [ECF #41], [ECF #42], AND [ECF #43 AND #43-1]** with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the following address:

Eric Tyler Vette
DOC #180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

*/s/ Eden Rolland*
Eden Rolland

4