Fowler Schimberg Flanagan & McLetchie, P.C.
Andrew McLetchie, Atty # 34035
Eden Rolland, Atty # 48877
350 Indiana Street, Suite 850
Golden, CO 80401



LEGAL MAIL

Eric Tyler Vette
DOC # 180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling CO 80751