In the United States District Court
For the District of Colorado

Civil Action No. 1:18-CV-01987-KMT

Eric Tyler Vette,
    Plaintiff,

V.

Sanders, Deputy, K-9 Unit,
Guston, Sergeant [sic], and
Ox, K-9 Deputy.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2019

JEFFREY P. COLWELL
CLERK

---

Responding to Defendants Arguments and Documents Number (35, 36, 41, 42, 43, 45)

---

    I Plaintiff, Eric Tyler Vette, am responding to the defendants replies. The reason why I cant provide documents showing that Sergeant Guistin stated that he saw, heard or observed any excessive force, is because Sergeant Guistin didnt want want to write a report showing that himself and Sergeant Sanders where acting in a non-professional manor. Also, so that there wasnt any documents to prove excessive force and police brutality also assault. The reason that I have brought up that the fact Sergeant Guistin saw and watched Sergeant Sanders assault me is because when I field the 1983 lawsuit form I followed the directions of being brief, so that when I start to fight my lawsuit I can explain myself as I am and have. I understand that Sergeant Guistin couldnt stop K-9 Oxx from attacking me but he could have stopped Sergeant Sanders assaulting me fisically with his fist and dog chain. To my understanding the defendants are contradicting there statements reasons being, the defendants state that there was

1

not any photos that showed any dog bites but now there are photos from the night of the incedent that clearly shows dog bites.

 I also, do have the right for the officers not to use excessive force, reasons being I never made any threats nor did I have a weapon on me. When im already apprehinded and not fighting with officers, theres no reason to be using excessive force as Sergeant Sanders did the night of the arrest, therefore does it make it okay to use excessive force when a suspect is already apprehinded "NO it dose not." I understand if I wasnt obeying the officers requests, hiding and making life threating threats but in this situation I was already apprehinded, therefore Knowing that I evaded police that doesnt give Sergeant Sanders and K-9 Oxx the right to assault me after I was already apprehinded. As the defendant state that if they did use excessive force as they did it was reasonable, whats reasonable to use that Kind of force when I was already apprehinded and in handcuffs?

 Another question would also be, why are the defendants still bringing up my charges? Like thats the reason its okay to use the excessive force, but how when I was apprehinded already witch is not a professional way to handle the situation when the suspects been apprehinded. Therefore how does it not violate my Fourth Amendment, when in previous statements that I the plaintiff, do not provide factual information and evidence showing that K-9 Oxx and Sergeant Sanders assaulted me, but then in these new statements in Sanders motion to reply on page 3 section I. it states that K-9 Oxx bitting me is the only factual allegations that I state. Therefore it makes it factual that K-9 Oxx and Sanders assaulted me reasons being not only did K-9 Oxx act in a non-professional menor, Sergeant Sanders did to by Knowing him and his K-9 Oxx assaulted me under the supervison of his handler Sergeant Sanders.

 As I have said in previous statements and will say again and again. I understand that I took the officers on a high

speed chase and I admitt that I was in the wrong for doing so. That still dont give the officers the okay to assault me when I was already apprehinded, therefore any amount of excessive force used was, more than an excessive amount of time. In previous statements Sergeant Sanders states that K-9 Oxx's collar came unlattched witch would mean, that Sergeant Sanders did not use K-9 Oxx in an appropriate manor to detain me and thats because I was already apprehinded. Therefore its automatically an excessive lenghth of time witch started the second K-9 Oxx sank his teeth in my shoulder. The pictures taken the night of the incedent prove that and also, prove that there are puncture wounds to my right shoulder. Two teeth marks "clotts" that are punctures along with the "U" shaped markings, then to the right of those you can see the scratches and the only scratches the other two markings clearly are visable and show bloody open wounds. Yes I did use statements from Sergeant Sanders Supplemental Narrative, reasons being the defendant controdict the statements used in the Supplemental Narrative and the defendants arguments statements to where Sergeant Sanders states that he didnt use excessive force nor did K-9 Oxx attack me." (See page 12 of 16 in Document) (29)". Then going back to "(Page 3 of 11 on Document 43 section) (I.)" that states the only factual allegations I made was that K-9 Oxx bit my right shoulder witch means K-9 oxx attacked me on my right shoulder, therefore thats one of many controdictions defendants have made. Also, the equiptment used in the line of duty is certified to withhold the abuse and force that is put in front of the officers witch would mean that when K-9 Oxx's collar came unlattched after Sergeant Sanders had already put the leash on the collar it coming unlattched was done on purpose therefore Sergeant Sanders is responsable for those actions.

  Therefore, not only does the defendants controdict there statements, the defendants also, are stating "the alleged assault

3

that took place was with reasonable force but how was that assault alleged when the defendants admitt that thats the only factual allegations I make? Therefore the defendants are admitting that the assault took place and the defendants are trying to hide behind what they state was a reasonable force thats nessisary for the cercomstances that I went on a high speed car chase and that I was a wanted felon plus they found drugs on me, but still under those cercomstances how was it anywhere near nessisary or a reasonable force when I was already apprehinded. Therefore, Sergeant Sanders used excessive force and it was police brutality and assault witch of corse Sergeant Sanders is going to deny everything because he knows that he has acted in a non-professional manor and assaulted me letting out his anger because I had took him and other officers on a high speed car chase, he also knew my felony warrents and therefore he assaulted me. Also, why would Sergeant Sanders give me the benifit of the dout stating that the force used was reasonable and nessicary? When using excessive force when a suspect is already apprehinded is not nessicary nor a reasonable reason to use that kind of force. It assault, police brutality and excessive force. As I have stated before, Yes I admitt that I had warrents the night of the incedent and took the officers on a high speed car chase, but that still dont give any officer the right to assault nor use excessive force to a suspect when and after that suspect is a was already apprehinded. The defendants state "Not every push or shove, even if it may later seem unnecessary, in the peace of a judge's chambers, violates the Fourth Amendment" is correct, but under these cercomstances it does violate the Fourth Amendment when a suspect is assaulted after being apprehinded already.

  What I dont understand is, why the defendants keep bringing up what was found on my person. I understand I had drugs on me but I wasnt throwing it at the officers nor did I have a weapon making threats to use it on the officers

4

therefore if I was acting in any of those manors I would understand how I was a threat but I didnt act in any of those manors. The defendants are stating because I went on a high speed car chase, I had drugs on me and I was a wanted felon it was okay to assault and use excessive force on me after I was already apprehinded explain how that is reasonable..... "you cant." Sergeant Sanders once again controdicts his statements when stating on (Page 7 of Document 43) "when weighed against these cercomstances, an alleged "bite" by K-9 unit and an alleged "strike" is objectively reasonable. Sergeant Sanders is therefore admitting that the dog bite and fisical strike happened and was reasonable under the same cercomstances that I was a wanted felon, I went on a high speed car chase and they found drugs on my person how was it reasonable when I was already apprehinded. Then the defendants state of other situations that have happened to other suspects like they resemball me. For instance "deployment of police dog in the face of two fleeing robbery suspects following a high speed car chase was reasonable" also, "release of police dog on a potentially armed suspect who had made threatening statements and fled his home at night in a residential neighborhood was reasonable" and "deputy's alleged conduct of kicking motorists foot "very hard" durring arrest on traffic charges did not violate Fourth Amendments reasonable standard." Therefore all im getting from those statements is that in my case the police dog/K-9 was deployed on purpose and not on accedent other than that none of it pretains to me because I wasnt a robbery suspect, I wasnt a potentially armed suspect that was making threatening statements and my assault and dog bite are factual information and do violate my Fourth Amendment. For the reasons that my statements are factual and Sergeant Sanders dosent state he deployed to detaine me with the police dog, but that the collar came unlatched. (witch dont make sence did Sergeant Sanders use K-9 Oxx reasonabley in a

5

reasonable manor or was it by accendent? Either way I was already apprehinded when the assault and excessive force took place.

In the section of the Fourth Amendment right to be free from "excessive force" Sergeant Sanders states that "there is no legal authority that clearly establishes that an officer applies excessive force by dispatching a canine to apprehind a person for whom the officer has an arrest warrent and who had demonstrated an inclination to flee and evade arrest" therefore K-9 Oxx was never dispatched to apprehind me, he was dispatched to attack me as I was already apprehinded witch is excessive force, and violates my Fourth Amendment. I would understand and be okay with the K-9 bite and fisical striking also, the use of excessive force if I wasnt already apprehinded and I was resisting arrest by fighting with law enforcement, but in this case I wasnt I was already apprehinded. Therefore im pressing the issue under my defense concerning I was assaulted and excessive force was used for no reason but to release law enforcements anger as Sergeant Sanders did, December 31, 2017 at 0023 hours. Also, I dont see how it dont explain excessive force when the force was used I was already apprehinded and it dont give an officer the right to use excessive force when an suspect is already apprehinded and not showing any sign of agression. I Eric Tyler Vette Respectfully submitt these statements.

July 19, 2019
Executed on (Date)

Plaintiff, Eric Tyler Vette

6

# Certificate Of Service

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to, the Office of the Clerk, United States District Court, Alfred A. Arraj Courthouse, 901-19th Street, Room A105, Denver, Colorado 80294-3589 on:

July 19, 2019
Executed on (Date)

Plaintiff, Eric Tyler Vette,
Under Penalty of Perjury
28 U.S.C. 1746

Eric Tyler Vette #180289
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado -80751-

**COLORADO DEPT OF CORRECTIONS**
Name: Vette, Eric
Register Number: 180269   Unit: LLJC-108 SCF
PO BOX 6000
City, State Zip: Sterling, Colorado
-80751-

Arraj, U.S. Courthouse
901 19th Street, Rm. A-105
Denver, CO 80294-3589

80294-250151