IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01987-KMT

Eric Tyler Vette,

    Plaintiff,

v.

Sanders, Deputy, K-9 Unit,
Guston, Sergeant [sic], and
Ox, K-9 Deputy,

    Defendants.

---

Responding to Document # 48 the dissmissal of defendant K-9 Deputy Ox.

---

I Plaintiff, Eric Tyler Vette, have recieved, read, understand and agree to the dissmissal of Defendant K-9 Deputy Ox from this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (ii), for reasons that K-9 Deputy Ox is not a proper party to this case and also, is not a person.

October 6, 2019
Executed on (Date)

Plaintiff, Eric Tyler Vette

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 10 2019
JEFFREY P. COLWELL
CLERK

## CERTIFICATE OF SERVICE

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to the office of The Clerk, United States District Court, Alfred A. Arraj Courthouse, 901-19th Street, Room A105, Denver, Colorado 80294-3589 on:

October 6, 2019
Executed on (Date)

_Eric Tyler Vette_, Plaintiff,
Under Penalty of Perjury
28 U.S.C. 1746

Eric Tyler Vette # 180289
Sterling Correctional Facility
P.O. Box 6,000
Sterling, Colorado -80751-