**Colorado Department Of Corrections**

Name: Vette, Eric
Register Number: 180289
Unit: LVMC - C-102 SCF
Box Number: P.O. Box 6000
City, State, Zip: Sterling, Colorado - 80751-

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th Street, Room A105
Denver, Colorado - 80294 - 3589

80294-250151