```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX092828
Cashier ID: ahl
Transaction Date: 11/18/2019
Payer Name: State of Colorado
------------------------------------
PLRA CIVIL FILING FEE
 For: Eric Tyler Vette
 Case/Party: D-COX-1-18-CV-001987-001
 Amount:        $2.37
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 259235
 Amt Tendered:  $2.37
------------------------------------
Total Due:      $2.37
Total Tendered: $2.37
Change Amt:     $0.00

PLRA Filing Fee
18-cv-01987-GPG

A fee of $53.00 will be assessed on
any returned check.
```