IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01987-KMT

Eric Tyler Vette,

    Plaintiff,

V.

Sanders, Deputy, K-9 Unit,
Guston, Sergeant [sic], and
Ox, K-9 Deputy.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 02 2019

JEFFREY P. COLWELL
CLERK

---

Responding to Document Number 50 Payment Receipt Number CXO 092828

    I Plaintiff, Eric Tyler Vette, have recieved Document Number 50 my payment receipt number CXO 092828 payment of $2.37 also, I would be asking what does, A fee of $53.00 will be assessed on any returned check, mean on the bottom of the receipt I recieved? Also, the only thing that I haven't recieved is anything from the Defendants regarding arguments against my last argument I sent out three months ago in September. The last Document I've recieved was the Dissmissal of Deputy K-9 Oxx. I'm asking if I may recieve something regarding whats going on with my case, Please and Thank You.

    Respectfully,
    Eric Tyler Vette

November 25, 2019
Executed on (Date)

Plaintiff, Eric Tyler Vette

1

Certificate of Service

Plaintiff, Eric Tyler Vette, certifies the foregoing document(s), Motion(s), bearing Case Number 1:18-cv-01987-KMT, was placed in the facility mailing system, postage prepaid, First Class, was sent to, the Office Of The Clerk, United States District Court, Alfred A. Arraj Courthouse, 901-19th Street, Room A105, Denver, Colorado 80294-3589 on:

November 25, 2019
Executed on (Date)

Plaintiff, Eric Tyler Vette,
Under Penalty of Perjury
28 U.S.C 1746

2

**Colorado Department Of Corrections**

Name: Vette, Eric
Register Number: 180289
Unit: LWTC - C-103 SCF
Box Number: P.O. Box 6000
City, State, Zip: Sterling, Colorado
-80751-

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19TH STREET ROOM A105
DENVER, COLORADO
-80294-3589-