IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 18–cv–01987–KMT

ERIC TYLER VETTE,

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

    This case has been directly assigned to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 40.1(c) allowing the direct assignment of cases to magistrate judges.

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **April 7, 2020 at 2:30 p.m.**  The Preliminary Scheduling Conference will be held by **telephone**.  Defendant's counsel shall contact Plaintiff, or his/her case manager, to arrange for Plaintiff's participation via telephone.  Defendant shall initiate a conference call and contact chambers, 719-575-0328, at the scheduled time.  The parties shall use a LAND LINE; NO CELLULAR, CORDLESS OR SPEAKER PHONES ARE PERMITTED.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Dated this 13th day of March, 2020.

                                                          **BY THE COURT:**

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge