**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  18-CV-01987-KMT

UNITED STATES OF AMERICA,

 ERIC TYLER VETTE                          ,

        Plaintiff,

v.

 KEITH SANDERS                     ,

        Defendant.

---

## NOTICE OF APPEAL

    Notice is hereby given that Keith Sanders, Sergeant for the Montrose County Sheriff's Office,
(name the plaintiff or defendant)

in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order [Doc. #52] denying Sergeant Sanders' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) Or, In the Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [Doc. #29] and denying qualified immunity,

(describe the order and/or judgment)

entered in this action on the 11th day of March, 2020.

Dated:   March 24, 2020

                              */s/ Andrew R. McLetchie*
                              Signature

                              Andrew R. McLetchie, Esq.
                              Printed Name

                              350 Indiana Street, Suite 850
                              Street Address

                              Golden, Colorado       80401
                              City       State       Zip

                              (303) 298-8603
                              Telephone

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2020, I caused a true and correct copy of the foregoing **NOTICE OF APPEAL** to be filed, pursuant to Fed. R. App. P. 3(a), with the Clerk of Court of the U.S. District Court for the District of Colorado using the CM/ECF system.

/s/ Eden Rolland
Eden Rolland