APPEAL,CONMAG,JD1,MJ CIV PP

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18-cv-01987-KMT

| | |
|---|---|
| Vette v. Sanders et al | Date Filed: 08/06/2018 |
| Assigned to: Magistrate Judge Kathleen M. Tafoya | Jury Demand: None |
| Demand: $7,500,000 | Nature of Suit: 550 Prisoner - Civil |
| Cause: 42:1983 Prisoner Civil Rights | Rights (U.S. not a defendant) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Eric Tyler Vette**     represented by     **Eric Tyler Vette**
#180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

V.

**Defendant**

**Sanders**     represented by     **Andrew R. McLetchie**
*K-9 Unit Deputy*                                            Fowler Schimberg Flanagan &
McLetchie, P.C.
350 Indiana Street
Suite 850
Golden, CO 80401
303-298-8603
Fax: 303-298-8748
Email: a_mcletchie@fsf-law.com
*ATTORNEY TO BE NOTICED*

**Eden R. Rolland**
Fowler Schimberg Flanagan &
McLetchie, P.C.
350 Indiana Street
Suite 850
Golden, CO 80401
303-298-8603
Fax: 303-298-8748
Email: e_rolland@fsf-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guston**     represented by     **Andrew R. McLetchie**
*Seargent*                                                    (See above for address)

         *ATTORNEY TO BE NOTICED*

**Eden R. Rolland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ox**
*K-9 Deputy*
*TERMINATED: 09/24/2019*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2018 | 1 | Prisoner COMPLAINT against Guston, Ox, Sanders, filed by Eric Tyler Vette.(cmadr, ) (Entered: 08/06/2018) |
| 08/06/2018 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry. (cmadr, ) (Entered: 08/06/2018) |
| 08/07/2018 | 3 | ORDER to Cure Deficiencies. If Plaintiff fails to address the filing fee in compliance with this Order within thirty (30) days from the date of this Order, the action will be dismissed without further notice. The dismissal shall be without prejudice, by Magistrate Judge Gordon P. Gallagher on 8/7/2018. (angar, ) Modified on 8/8/2018 to correct document (angar, ). (Entered: 08/07/2018) |
| 08/13/2018 | 4 | Mail Returned as Undeliverable re: 1 Complaint, 2 Case Assigned to Judge Addressed to Eric Tyler Vette. (angar, ) (Entered: 08/14/2018) |
| 08/15/2018 | 5 | Mail Returned as Undeliverable re: 3 Order, Addressed to Eric Tyler Vette. (angar, ) (Entered: 08/21/2018) |
| 09/04/2018 | 6 | MINUTE ORDER. The Court will provide Plaintiff with additional time to comply with the Order (ECF No. 3 ). Plaintiff must cure the designated deficiencies within thirty (30) days from the date of this Minute Order. If he fails to do so, this action will be dismissed without further notice, by Magistrate Judge Gordon P. Gallagher on 9/4/2018. (angar, ) 3 mailed to corrected address (Entered: 09/04/2018) |
| 10/09/2018 | 7 | MOTION for Extension of Time to Respond to Order to Cure Deficiencies by Plaintiff Eric Tyler Vette. (agarc, ) (Entered: 10/10/2018) |
| 10/10/2018 | 8 | MINUTE ORDER. Plaintiff's Motion for Extension of Time to Respond to Order to Cure Deficiencies (ECF No. 7 ) is GRANTED. Plaintiff must cure the designated deficiencies by addressing the filing fee on or before November 3, 2018. As set forth in the Order Directing Plaintiff to Cure Deficiencies (ECF No. 3 ), Plaintiff must either pay the $400.00 filing fee or file a completed current Court-approved form Prisoners Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which is available at www.cod.uscourts.gov. If Plaintiff fails to do so within the time allowed, this action will be dismissed without further notice, by Magistrate Judge Gordon P. Gallagher on 10/10/2018. (angar, ) (Entered: 10/10/2018) |

| | | |
|---|---|---|
| 11/05/2018 | 9 | Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. by Plaintiff Eric Tyler Vette. (evana, ) (Entered: 11/06/2018) |
| 11/07/2018 | 10 | SECOND ORDER TO CURE DEFICIENCIES. ORDERED that Plaintiff cure the deficiencies designated above and address the filing fee within thirty (30) days from the date of this Second Order. If Plaintiff fails to address the filing fee in compliance with this Order within thirty (30) days from the date of this Order, the action will be dismissed without further notice. The dismissal shall be without prejudice. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 9 ) is DENIED WITHOUT PREJUDICE as incomplete. By Magistrate Judge Gordon P. Gallagher on 11/07/2018. (Mailed as Ordered) (athom, ) (Entered: 11/08/2018) |
| 12/07/2018 | 11 | Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. by Plaintiff Eric Tyler Vette. (evana, ) (Entered: 12/10/2018) |
| 12/12/2018 | 12 | ORDER that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 11 ) is GRANTED. That within thirty days of the date of this Order, Plaintiff's custodian shall disburse from Plaintiff's prison account, if funds are available in keeping with 28 U.S.C. § 1915(b), an initial partial filing fee of $2.37 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison accounts for the six-month period immediately preceding the filing of the Complaint. That Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's inmate account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied. That the Clerk of the Court shall not issue process until further order of the Court. That the Clerk of the Court shall send a copy of this Order to DOC_inmateaccounts@state.co.us. By Magistrate Judge Gordon P. Gallagher on 12/12/2018.(mailed as ordered) (evana, ) (Entered: 12/12/2018) |
| 12/13/2018 | 13 | ORDER DRAWING CASE By Magistrate Judge Gordon P. Gallagher on 12/13/2018. Case randomly reassigned to Magistrate Judge Kathleen M. Tafoya for all further proceedings. All future pleadings should be designated as 18-cv-01987 KMT. (evana, ) (Entered: 12/13/2018) |
| 12/13/2018 | 14 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (evana, ) (Entered: 12/13/2018) |
| 12/14/2018 | 15 | DISREGARD: FILED IN INCORRECT CASE - CERTIFICATE of Service by Mail by Clerk of Court of 12 Order on Motion for Leave to Proceed in Forma Pauperis, to Eric Iverson, 1811 South Quebec Way, Apt. 100, Denver CO 80231, and to Adam Federspill, 7388 South Alkire St., Apt. #201, Littleton, CO 80127, and to Richard Clymo, 7142 Moss Street, Arvada, CO 80007. Text Only Entry (nmarb, ) Modified on 12/19/2018 to disregard. (nmarb, ). (Entered: 12/14/2018) |
| 01/03/2019 | 16 | MINUTE ORDER: In his Complaint, Plaintiff has failed to provide complete |

| | | |
|---|---|---|
| | | addresses at which the defendants in this matter may be served. No later than January 31, 2019, Plaintiff shall file a status report advising of complete physical addresses (not post office boxes) at which each of the defendants may be served. By Magistrate Judge Kathleen M. Tafoya on 1/3/19. Text Only Entry (kmtlc1) (Entered: 01/03/2019) |
| 01/16/2019 | 17 | Defendant's Address as Ordered by the Court Doc. # 16 by Plaintiff Eric Tyler Vette (Attachments: # 1 Envelope)(jgonz, ) (Entered: 01/17/2019) |
| 01/16/2019 | 18 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Eric Tyler Vette. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 01/17/2019) |
| 01/17/2019 | 19 | CERTIFICATE of Service by Clerk of Court re 1 Prisoner Complaint for Service of Process. (Attachments: # 1 U.S. Marshal Forms) (cmadr, ) (Entered: 01/17/2019) |
| 02/07/2019 | 20 | SUMMONS Returned Executed Guston served on 2/4/2019, answer due 2/25/2019. (jgonz, ) (Entered: 02/11/2019) |
| 02/12/2019 | 21 | SUMMONS Returned Executed Ox served on 2/7/2019, answer due 2/28/2019. (jgonz, ) (Entered: 02/13/2019) |
| 02/12/2019 | 22 | SUMMONS Returned Executed Sanders served on 2/7/2019, answer due 2/28/2019. (jgonz, ) (Entered: 02/13/2019) |
| 02/20/2019 | 23 | NOTICE of Entry of Appearance by Andrew R. McLetchie on behalf of Guston, SandersAttorney Andrew R. McLetchie added to party Guston (pty:dft), Attorney Andrew R. McLetchie added to party Sanders(pty:dft) (McLetchie, Andrew) (Entered: 02/20/2019) |
| 02/20/2019 | 24 | NOTICE of Entry of Appearance by Eden R. Rolland on behalf of Guston, SandersAttorney Eden R. Rolland added to party Guston(pty:dft), Attorney Eden R. Rolland added to party Sanders(pty:dft) (Rolland, Eden) (Entered: 02/20/2019) |
| 02/22/2019 | 25 | MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint by Defendants Guston, Sanders. (Attachments: # 1 Proposed Order (PDF Only))(McLetchie, Andrew) (Entered: 02/22/2019) |
| 02/28/2019 | 26 | MINUTE ORDER granting 25 Motion for Extension of Time to Answer or Otherwise Respond. Guston answer due 3/4/2019; Sanders answer due 3/4/2019. By Magistrate Judge Kathleen M. Tafoya on 2/28/19. Text Only Entry (kmtlc1 ) (Entered: 02/28/2019) |
| 03/04/2019 | 27 | MOTION to Strike 1 Complaint by Defendants Guston, Sanders. (McLetchie, Andrew) (Entered: 03/04/2019) |
| 03/04/2019 | 28 | MOTION to Dismiss by Defendants Guston, Sanders. (McLetchie, Andrew) (Entered: 03/04/2019) |
| 03/04/2019 | 29 | MOTION to Dismiss by Defendants Guston, Sanders. (Attachments: # 1 Exhibit Defendant's Exhibit A - Incident Report, # 2 Exhibit Defendant's Exhibit B - Affidavit of Keith H. Sanders)(McLetchie, Andrew) (Entered: 03/04/2019) |
| | | |

| | | |
|---|---|---|
| 03/04/2019 | 30 | MINUTE ORDER: No later than 3/11/2019. Defendants shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction indicating either their consent or that consent has been declined. By Magistrate Judge Kathleen M. Tafoya on 3/4/19. Text Only Entry (kmtlc1) (Entered: 03/04/2019) |
| 03/05/2019 | 31 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Guston, Sanders All parties consent.. (McLetchie, Andrew) (Entered: 03/05/2019) |
| 03/07/2019 | 32 | ORDER OF REFERENCE. Pursuant to the parties' consent to the jurisdiction of the magistrate judge 18 and 31 , this case is referred to Magistrate Judge Kathleen M. Tafoya for all purposes pursuant to 28 U.S.C. § 636(c). By Chief Judge Philip A. Brimmer on 3/7/19. Text Only Entry (pabsec) (Entered: 03/07/2019) |
| 03/08/2019 | 33 | NOTICE of Change of Address to Sterling Correctional Facility, by Plaintiff Eric Tyler Vette. (Attachments: # 1 Envelope)(nmarb, ) (Entered: 03/08/2019) |
| 03/28/2019 | 34 | Mail Returned as Undeliverable re: 32 Order on Consent to Jurisdiction of Magistrate Judge, Addressed to Erict Tyler Vette. Document #32 re-sent to Plaintiff, by Clerk. (jgonz, ) (Entered: 03/28/2019) |
| 04/17/2019 | 35 | RESPONDING to Document Number 26 On The Minute Order Granting 25 Motion for Extension of Time To Answer or Otherwise Respond by 3-4-19, by Plaintiff Eric Tyler Vette. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 04/18/2019) |
| 04/19/2019 | 36 | CERTIFICATE of Service by Mail by Clerk of Court re 28 MOTION to Dismiss , 27 MOTION to Strike 1 Complaint , 29 MOTION to Dismiss to Eric Tyler Vette, #180289, Sterling Correctional Facility (SCF), P.O. Box 6000, Sterling, CO 80751. Text Only Entry (jgonz, ) (Entered: 04/19/2019) |
| 04/23/2019 | 37 | NOTICE *of Mailing of Defendants' Motion to Strike [#27], Motion to Dismiss [#28] and Motion to Dismiss Or, In The Alternative, Motion for Summary Judgment [#29]* by Defendants Guston, Sanders (Attachments: # 1 Exhibit A - Proof of Mailing on March 4, 2019, # 2 Exhibit B - Proof of Mailing April 23, 2019)(Rolland, Eden) (Entered: 04/23/2019) |
| 05/10/2019 | 38 | Responding to Document Number 36 , 28 Motion to Dismiss, 27 Motion to Strike 1 Complaint, 29 Motion to Dismiss, filed by Plaintiff Eric Tyler Vette. (jgonz, ) (Entered: 05/13/2019) |
| 05/23/2019 | 39 | MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Dismiss , 27 MOTION to Strike 1 Complaint , 29 MOTION to Dismiss by Defendants Guston, Sanders. (McLetchie, Andrew) (Entered: 05/23/2019) |
| 05/23/2019 | 40 | MINUTE ORDER granting 39 Motion for Extension of Time to File Reply to Pending Motions. Defendants may reply no later than May 29, 2019. By Magistrate Judge Kathleen M. Tafoya on 5/23/19. Text Only Entry(kmtlc1 ) (Entered: 05/23/2019) |
| 05/29/2019 | 41 | REPLY to Response to 27 MOTION to Strike 1 Complaint *Reply in Support of Defendants' Motion to Strike "K-9 Deputy Ox" Pursuant to Fed. R. Civ. P.* |

| | | |
|---|---|---|
| | | *12(f)* filed by Defendants Guston, Sanders. (McLetchie, Andrew) (Entered: 05/29/2019) |
| 05/29/2019 | 42 | REPLY to Response to 28 MOTION to Dismiss *Reply In Support of Defendant Gustin's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF #28]* filed by Defendants Guston, Sanders. (McLetchie, Andrew) (Entered: 05/29/2019) |
| 05/29/2019 | 43 | REPLY to Response to 29 MOTION to Dismiss *Reply in Support of Defendant Sanders' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [ECF #29]* filed by Defendants Guston, Sanders. (Attachments: # 1 Exhibit C - Photographs)(McLetchie, Andrew) (Entered: 05/29/2019) |
| 06/21/2019 | 44 | Responding to Minute Order granting 39 Motion for Extension of Time to File Reply to Pending Motion by May 29, 2019 and no later, by Plaintiff Eric Tyler Vette. (jgonz, ) (Entered: 06/21/2019) |
| 06/27/2019 | 45 | NOTICE *of Mailing to Plaintiff of Replies [ECF #41], [ECF #42], and [ECF #43 and #43-1]* by Defendants Guston, Sanders (Attachments: # 1 Exhibit A - Proof of Mailing)(Rolland, Eden) (Entered: 06/27/2019) |
| 07/26/2019 | 46 | **STRICKEN** RESPONDING to Defendants Arguments and Documents Number ( 35 , 36 , 41 , 42 , 43 , 45 ) by Plaintiff Eric Tyler Vette. (jgonz, ) Modified on 7/31/2019 (jgonz, ). (Entered: 07/29/2019) |
| 07/29/2019 | 47 | MINUTE ORDER: Plaintiff's 46 Response to Defendants Arguments and Documents is STRICKEN. The motions are fully briefed, and the Court's Local Rules do not provide for the filing of a surreply. No further briefing on the motions will be accepted. By Magistrate Judge Kathleen M. Tafoya on 7/29/19. Text Only Entry (kmtlc1 ) (Entered: 07/29/2019) |
| 09/24/2019 | 48 | ORDER denying 27 Defendants Motion to Strike K-9 Deputy Ox Pursuant to Fed. R. Civ. P. 12(f). It is further ORDERED that Defendant K-9 Deputy Ox is dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), by Magistrate Judge Kathleen M. Tafoya on 9/24/2019.(jgonz, ) (Entered: 09/24/2019) |
| 10/10/2019 | 49 | Responding to Document # 48 the dismissal of defendant k-9 Deputy Ox by Plaintiff Eric Tyler Vette. (Attachments: # 1 Envelope)(jgonz, ) (Entered: 10/11/2019) |
| 11/18/2019 | 50 | PAYMENT RECEIVED from Eric Tyler Vette in the amount of $ 2.37; Receipt Number CX092828; Monthly Payment. (jgonz, ) (Entered: 11/19/2019) |
| 12/02/2019 | 51 | RESPONDING to Document 50 Payment Receipt by Plaintiff Eric Tyler Vette. (jgonz, ) (Entered: 12/03/2019) |
| 03/11/2020 | 52 | ORDER granting 28 Defendant Gustins Motion to Dismiss Pursuant to Fed. R. Civ. P.12(b)(6); granting in part and denying in part 29 Defendant Sanders Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, by Magistrate Judge Kathleen M. Tafoya on 3/11/2020. (jgonz, ) (Entered: 03/11/2020) |

| 03/13/2020 | 53 | ORDER Setting Preliminary Scheduling Conference for 4/7/2020 02:30 PM in Courtroom 101 (Colorado Springs) before Magistrate Judge Kathleen M. Tafoya. By Magistrate Judge Kathleen M. Tafoya on 3/13/2020. (ksena) (Entered: 03/13/2020) |
|---|---|---|
| 03/24/2020 | 54 | NOTICE OF APPEAL as to 52 Order on Motion to Dismiss,,, *Pursuant to Fed. R. Civ. P. 12(b)(6) Or, In the Alternative, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#29]* by Defendant Sanders (Filing fee $ 505, Receipt Number 1082-7219020) (McLetchie, Andrew) (Entered: 03/24/2020) |
| 03/24/2020 | 55 | MINUTE ORDER: Based on the 54 Notice of Appeal, the Preliminary Scheduling Conference set for April 7, 2020, is vacated. By Magistrate Judge Kathleen M. Tafoya on 3/24/20. Text Only Entry (kmtlc1 ) (Entered: 03/24/2020) |