# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title:  _Sanders v. Vette_                          District Court Number:  __18-CV-01987__
District: U.S. District Court for the District of Colorado    Circuit Court Number:  __20-1118__
Name of Attorney/Pro Se Party: Andrew R. McLetchie    Email Address: a_mcletchie@fsf-law.com
Name of Law Firm/Office: Fowler, Schimberg, Flanagan & McLetchie, P.C.    Telephone: (303) 298-8603____
     Address: 350 Indiana Street, Suite 850, Golden, CO 80401_____
     Attorney for: Keith Sanders_____
Name of Court Reporter: N/A_____
Name of Court Reporter (if ordering from more than one):_____

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A -*    **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
             [X] A transcript is not necessary for this appeal;
             [ ] The necessary transcript is already on file in District Court; or
             [ ] The necessary transcript was ordered previously in appeal
                 number _____

*SECTION B -*    **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
             (Specify the date and proceeding in the space below)

Voir dire:_____          Opening Statements:_____
Trial proceedings: _____          Closing Arguments:_____
Jury Instructions: _____           Other Proceedings: _____
Post-Trial Hearings: _____          Other Proceedings: _____
             (Attach additional pages if necessary)

       [] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for
         the transcript ordered on this form.**

       [] **This case is proceeding under the Criminal Justice Act.**

       **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL
       STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district
court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

## CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form
have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of
record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that
satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party:   _/s/ Andrew R. McLetchie_____          Date:4/16/2020_____

**PART III -    To be completed by the court reporter after satisfactory financial arrangements have been
made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the
U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been
made.

Signature of Court Reporter: _____          Date:_____

## DIRECTIONS FOR USING THIS FORM

This form requires multiple distribution, service and filing. The responsibilities of each party and the court reporter are described below.

1. **APPELLANT**
**Whether or not a transcript is ordered,** appellant or his counsel must complete Part I and Part II of this form. Upon completion, appellant must serve a copy on:

      a. the Court Reporter (if a transcript is ordered),
      b. all parties,
      c. the Clerk of the U.S. District Court, and
      d. the Clerk of the U.S. court of Appeals.

If a transcript is ordered, the appellant must obtain execution of this form by the court reporter(s) who recorded the proceedings. Within the 14-day period allowed for ordering the transcript under Fed. R. App. P. 10(b)(1), appellant must make adequate arrangements for payment for the transcript. **The Court Reporter may require a deposit equal to the full estimated cost of the transcript.** See 28 U.S.C. §753(f).

Unless the entire transcript is ordered, appellant shall serve on appellee(s) a statement of the issues he intends to present on appeal. See Fed. R. App. P. 10(b)(3). The Docketing Statement required by 10th Cir. R. 3.4 fulfills this requirement.

Those portions of the transcripts that are filed that are pertinent to the appeal must be included in appellant's appendix or, in cases where counsel is appointed, designated for inclusion in the record on appeal. See 10th Cir. R. 10.2.2, 10.3.2(d) and 30.1.1.

2. **APPELLEE**
Unless the entire transcript is ordered, appellee may, within 28 days of filing of the notice of appeal, file and serve on appellant a designation of additional transcript to be included. If, within 14 days, appellant does not order and pay for the transcript so designated, appellee may, within a further 14 days, order and pay for the transcript or move in the district court for an order compelling appellant to do so. See Fed. R. App. P. 10(b)(3).

3. **COURT REPORTER**
After receipt of this form and **after satisfactory financial arrangements have been made**, the court reporter shall complete Part III of this form and certify the date the transcript was ordered and estimate the date it will be completed. The estimated completion date must comply with the Tenth Circuit Judicial Council's mandated district court Court Reporter Management Plans. Transcripts in a criminal case (includes 28 U.S.C. §§2241, 2254, 2255) shall be filed within 30 days of the date arrangements for payment are made. Transcripts in a civil case shall be filed within 60 days of the date arrangements for payment are made. **Court Reporters are subject to a mandatory fee reduction if transcripts are not timely filed.** See Appellate Transcript Management Plan for the Tenth Circuit, 10th Cir. R., App. B.

The completed form must be served on:
      a. the Clerk of the District Court and
      b. the Clerk of the Court of Appeals.

### CERTIFICATE OF SERVICE

I,  Sylvia Osiecka                , hereby certify that on April 16, 2020, I served a copy of the foregoing **Transcript Order Form** to the the Clerk of the U.S. District Court and the Clerk of the U.S. Court of Appeals via the CM/ECF system:

*/s/ Sylvia Osiecka*                
Signature

April 16, 2020                
Date

I,  Eden Rolland                , hereby certify that on April 16, 2020, I served a copy of the foregoing **Transcript Order Form** to: Eric Tyler Vette, #180289 at his last known mailing address at Sterling Correctional Facility (SCF), P.O. Box 6000, Sterling, CO 80751 via U.S.P.S. First-Class Mail.

*/s/ Eden R. Rolland*                
Signature

April 16, 2020                
Date

Service effected as stated above by Sylvia Osiecka and Eden R. Rolland on behalf of:

Andrew R. McLetchie                
350 Indiana Street, Suite 850                
Golden, CO 80401                
Full name and address of attorney