**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE

    Plaintiff,

v.

KEITH SANDERS

    Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE OF MATTHEW K. SIDRAN

---

Matthew K. Sidran of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters his appearance on behalf of Defendant Keith Sanders.

**DATED** this 29th day of April, 2020.

    Respectfully Submitted,

*/s/Matthew K. Sidran*
Matthew K. Sidran, Atty. No. 49004
Fowler, Schimberg, Flanagan & McLetchie, PC
350 Indiana Street, Suite 850
Golden, Colorado 80401
Telephone: 303-298-8603
Fax: 303-298-8748
m_sidran@fsf-law.com
*Attorneys for Sgt. Keith Sanders and Sgt. Steve Gustin*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF MATTHEW K. SIDRAN** with the Clerk of Court using the CM/ECF system, as well as by U.S. Mail to Plaintiff at the following address:

Eric Tyler Vette
DOC #180289
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

*/s/ Sylvia Osiecka*
Sylvia Osiecka