FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

March 5, 2021

Christopher M. Wolpert
Clerk of Court

---

ERIC TYLER VETTE,

    Plaintiff - Appellee,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant - Appellant,

and

SERGEANT GUSTIN,

    Defendant.

No. 20-1118
(D.C. No. 1:18-CV-01987-KMT)
(D. Colo.)

---

**JUDGMENT**

---

Before **McHUGH**, Circuit Judge, **LUCERO**, Senior Circuit Judge and **CARSON**, Circuit Judge.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed and remanded.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk