# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert                    March 29, 2021                    Jane K. Castro
Clerk of Court                                                              Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **20-1118, Vette v. Sanders, et al**
          Dist/Ag docket: 1:18-CV-01987-KMT

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 5, 2021 judgment takes effect this date.

Please contact this office if you have questions.

                                    Sincerely,

                                    Christopher M. Wolpert
                                    Clerk of the Court

cc:    Ashok Chandran
       Kevin Eli Jason
       Christopher Eberhart Kemmitt
       Andrew R. McLetchie
       Mahogane Denea Reed
       Eden R. Rolland
       Samuel Spital
       Samuel Weiss

CMW/na