**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE,

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant.

_____

**DEFENDANT'S ANSWERS, RESPONSES, AND OBJECTIONS TO PLAINTIFF'S FIRST SET
OF REQUESTS FOR PRODUCTION**
_____

Defendant Keith Sanders, in his individual capacity, by and through his attorneys Andrew R. McLetchie and Eden R. Rolland of Fowler, Schimberg, Flanagan & McLetchie, P.C., submits the following answers, responses, and objections to "Plaintiff's First Set of Requests for Production," as follows:

**RESPONSES TO PLAINTIFF'S REQUESTS FOR DOCUMENTS TO BE PRODUCED**

    1.    Produce any and all documents identified in, relied upon, or referenced by your responses to Plaintiff's interrogatories. To the extent that any documents have already been produced, please identify the documents by Bates number.

**Response**: Defendant incorporates the objections and privileges invoked and identified in Defendant's Privilege Log and elsewhere in Defendant's responses to Plaintiff's First Set of Interrogatories or Requests for Admission. Notwithstanding the objections, such documents have been disclosed pursuant to Fed. R. Civ. P. 26(a)(1) or are produced contemporaneously with these written responses. See the documents disclosed with Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), served on April 30,

2021, Bates-labeled Defendant_000001 to Defendant_000062; the documents produced contemporaneously herewith and referenced in Defendant's Answers, Responses, and Objections to Plaintiff's First Set of Interrogatories, Bates labeled Defendant_000063 to Defendant_000101; and the requested documents designated as CONFIDENTIAL and/or CONFIDENTIAL – ATTORNEY EYES ONLY, which will be produced upon entry of a protective order.

2. Produce a complete copy of each report, incident report, supplemental report, narrative, recording, photograph, attachment, or any other document discussing or referring to the December 31, 2017 arrest of Plaintiff.

**Response**: See the documents disclosed with Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), served on April 30, 2021, Bates-labeled Defendant_000001 to Defendant_000062; and see the documents produced contemporaneously herewith and referenced in Defendant's Answers, Responses, and Objections to Plaintiff's First Set of Interrogatories, Bates labeled Defendant_000063 to Defendant_000101.

3. Produce a copy of the Montrose Sheriff's Office policies and/or procedures in effect on December 31, 2017 concerning use of force and/or its K9 units.

**Response**: See the Montrose County Sheriff's Office policies and/or procedures, to be produced upon entry of a protective order.

4. Produce a complete copy of your personnel file at the Montrose County Sheriff's Office and at your present employer.

**Response**: See the personnel file documents, to be produced upon entry of a protective order.

5. All documents you intend to use at depositions in this case.

**Response**: Such documents have been disclosed or produced, or will be produced following the entry of a protective order. Defendant recognizes the duty to supplement under Fed. R. Civ. P. 26(e)(1), and will do so when appropriate.

**The documents identified by Bates label herein were produced to Plaintiff's counsel via email, at qm@rmlawyers.com and fbg@rmlawyers.com, on this 11th day of June, 2021. Requested documents that are designated as CONFIDENTIAL will be produced upon entry of a protective order.**

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of June, 2021, a true and correct copy of the foregoing **DEFENDANT'S ANSWERS, RESPONSES, AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**, together with documents identified herein by Bates label and produced herewith, were served via email to all counsel of record at the following email addresses:

RATHOD | MOHAMEDBHAI LLC

Qusair Mohamedbhai
Felipe Bohnet-Gomez
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
qm@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff Eric Tyler Vette*

*/s/ Eden Rolland*
Eden Rolland