**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01987-KMT

ERIC TYLER VETTE,

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant.

_____

**DEFENDANT'S ANSWERS, RESPONSES, AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**
_____

Defendant Keith Sanders, in his individual capacity, by and through his attorneys Andrew R. McLetchie and Eden R. Rolland of Fowler, Schimberg, Flanagan & McLetchie, P.C., submits the following responses to "Plaintiff's First Set of Requests for Admission," as follows:

**RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION**

    1.    K9 Oxx bit Plaintiff on December 31, 2017.

**Response**: It is admitted that, per the medical records, there was a superficial dog bite wound and it is admitted that the pictures of the wound and medical records regarding the dog bite are authentic. Otherwise, the request is denied as phrased.

    2.    K9 Oxx's bite broke the skin of Plaintiff.

**Response**: It is admitted that, per the medical records, there was a superficial dog bite wound and it is admitted that the pictures of the wound and medical records regarding the dog bite are authentic. Otherwise, the request is denied as phrased.

1

AS TO FORM AND OBJECTIONS AND REQUESTS FOR ADMISSIONS

**FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.**

*/s/ Eden R. Rolland*            Date: June 11, 2021
Eden R. Rolland, #48877
*Attorneys for Keith Sanders*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of June, 2021, a true and correct copy of the foregoing **DEFENDANT'S ANSWERS, RESPONSES, AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** were served via email to all counsel of record at the following email addresses, with service to:

RATHOD | MOHAMEDBHAI LLC

Qusair Mohamedbhai
Felipe Bohnet-Gomez
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
qm@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff Eric Tyler Vette*


*/s/ Eden Rolland*
Eden Rolland