IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-MEH

ERIC TYLER VETTE,

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2022.**

    Upon Magistrate Judge Tafoya's retirement, this matter was reassigned to this judicial officer. ECF 96. Following a conversation with the parties, the Court will reset the one-day bench trial and final pretrial/trial preparation conference in accordance with availability on this Court's calendar. Accordingly, the final pretrial/trial preparation conference set for March 30, 2022 is **vacated** and **rescheduled** for **April 7, 2022** at **12:30 p.m.**, and the one-day bench trial set for April 26, 2022 is **vacated** and **rescheduled** for **April 29, 2022** at **9:00 a.m**. The Court will issue a separate Trial Procedures Order that will provide additional details, including relevant deadlines.