IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-MEH

ERIC TYLER VETTE,

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant.

---

**TRIAL PROCEDURES ORDER**

---

**Michael E. Hegarty, United States Magistrate Judge.**

    The following procedures and orders supplement the Federal Rules of Civil Procedure and the local rules of this court. In order to fairly and efficiently try the merits of each case, the following ORDERS apply.

**I.**    **Final Pretrial/Trial Preparation Conference**

    The final pretrial/trial preparation conference is scheduled for **April 7, 2022**, at **12:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The parties shall file a proposed pretrial order, pursuant to my practice standards and the District of Colorado Electronic Case Filing ("ECF") Procedures, no later than **five business days before** the final pretrial/trial preparation conference.

    At the same time, a copy of the proposed pretrial order **shall** be emailed to my chambers at hegarty_chambers@cod.uscourts.gov in Word format.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file and submit the proposed pretrial order.

    The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the Court's website at http://www.cod.uscourts.gov.

All out-of-state counsel shall comply with D.C.Colo.LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

In addition, the matters due **before** the date of the conference are as follows:

1. <u>Exhibits</u>: The parties are to meet and confer to establish a single exhibit list utilizing numbers. The exhibit list shall be electronically filed under the Court's ECF Procedures **and** a Word copy emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov no later than **three business days before** the final pretrial/trial preparation conference. Stipulations as to authenticity and admissibility shall be set forth on the exhibit list.

2. <u>Objections to Exhibits</u>: Each party shall electronically file objections to exhibits under the Court's ECF Procedures **and** a Word copy emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov no later than **three business days before** the final pretrial/trial preparation conference. The objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection.

3. <u>Witness Lists</u>: No later than **three business days before** the final pretrial/trial preparation conference, counsel shall provide their final witness lists (**and** a Word copy emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov) with an estimate of each witness's direct examination testimony time. Each witness designated shall be counsel's representation, upon which opposing counsel can rely, that the witness will be present and available for testimony at trial. Of course, either party is not *required* to call a particular witness; listing the witness only assures his or her availability.

4. <u>Deposition Testimony</u>: In the event deposition testimony will be used, opposing counsel must be given notice of each page and line intended to be used no later than **ten business days prior** to the final pretrial/trial preparation conference. Opposing counsel may then cross-designate testimony. The parties shall meet and confer regarding the method of designating testimony so that it can be efficiently presented at trial. Any objections to the testimony must be marked on a copy of the transcript and provided to the Court no later than **three business days before** the final pretrial/trial preparation conference. Objections to deposition testimony will be ruled on prior to trial.

5. <u>Motions in limine</u>: Motions(s) in limine are to be electronically filed under the Court's ECF Procedures **and** a proposed order in Word formal emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov no later than **fifteen**

2

        **business days before** the final pretrial/trial preparation conference. Responses to motions in limine shall be filed no later than **five business days before** the final pretrial/trial preparation conference. The parties should be prepared to discuss the motion(s) in limine at the final pretrial/trial preparation conference.

6. <u>Trial Briefs</u>: Trial briefs shall be filed no later than **three business days before** the final pretrial/trial preparation conference. Trial briefs are limited to twenty pages. Parties are free to include evidentiary issues as well as the substantive law governing the case.

## II. Prior to Trial

1. <u>Use of Courtroom Technology</u>: **Thirty days before trial**, counsel shall notify my courtroom deputy of any need for special accommodation for any attorney, party, or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic presentation of evidence.

## III. First Day of Trial

1. Trial is set for <u>one</u> day, to the bench, beginning on **April 29, 2022**, at **9:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

2. Provide three copies of the exhibit list to the courtroom deputy.

3. Original exhibits, properly marked and tabbed, each exhibit numbered sequentially, each page within an exhibit numbered sequentially, filed in one or more notebooks shall be given to the courtroom deputy and to the Court.

4. Submit an original list of any stipulated facts and two copies to the courtroom deputy.

## IV. General Information

1. My courtroom deputy is Christopher Thompson, who can be reached at (303) 335-2326. Any questions concerning exhibits or courtroom equipment may be directed to him. The proceedings will be digitally recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least thirty days in advance of the trial date.

2. My law clerks are Ian Pate and Chris Bach, who can be reached at (303) 844-4507.

Entered and dated at Denver, Colorado, this 11th day of February, 2022.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

4