IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01987-MEH

ERIC TYLER VETTE,

    Plaintiff,

v.

K-9 UNIT DEPUTY SANDERS,

    Defendant.

## Writ of Habeas Corpus Ad Testificandum

TO:    THE U.S. MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER U.S. MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD

You are hereby commanded to bring the body of Eric Tyler Vette ("Witness"), who is currently confined at the Sterling Correctional Facility in Logan County, Colorado, before this Court at 9:00 a.m. on May 20, 2022, in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. You are further hereby commanded to hold Witness at all times in your custody as an agent of the United States of America, and to return Witness to the institution where he is now confined immediately after the conclusion of the proceedings.

ORDERED this ___ day of _____, 2022.

BY THE COURT

_____
United States Magistrate Judge